B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Corwood Laboratories, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-2161497** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**55 Arkay Drive**<br>**Hauppauge, NY**    ZIP Code **11788** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **55 Adams Avenue**<br>**Hauppauge, NY 11788** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Corwood Laboratories, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Corwood Laboratories, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John H. Hall, Jr.** _____
Signature of Attorney for Debtor(s)

**John H. Hall, Jr.**
Printed Name of Attorney for Debtor(s)

**Pryor & Mandelup, L.L.P.**
Firm Name

**675 Old Country Road**
**Westbury, NY 11590**

_____
Address

**516-997-0999  Fax: 516-333-7333**
Telephone Number

**December 8, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Irwin Thaler** _____
Signature of Authorized Individual

**Irwin Thaler**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 8, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
### Eastern District of New York

In re    **Corwood Laboratories, Inc.**                 Case No.
                                   Debtor(s)        Chapter    **7**

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

        **55 Adams Avenue, Hauppauge, NY**
**55 Arkay Drive, Hauppauge, NY**

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

        **Storage of flammable and non-flammable chemical components. See attached document marked Exhibit C Hazardous Materials Report and Inventory**



NEW YORK STATE DEPARTMENT OF STATE
OFFICE OF FIRE PREVENTION AND CONTROL

## HAZARDOUS MATERIALS REPORT FORM
(General Municipal Law, § 209-u)

The information entered herein is essential to your local fire chief for the protection of your employees, the fire-fighters and citizens in the immediate area, and to reduce damage to your property in the event of a fire or an emergency.

Every fire insurance policyholder, engaged in commerce in this state, is required by law to report the presence of hazardous materials at their business address.

Failure to file in accordance with the provisions of section 209-u of the General Municipal Law could result in a fine.

A separate report is required annually for each business address.

## WHEN COMPLETED, THIS FORM MUST BE SENT TO YOUR LOCAL FIRE DEPARTMENT.

Firm Name _Corwood Laboratories Inc._

Bus. Add. _55 Arkay Drive_

City, State, Zip _Hauppauge N.Y. 11788_

Tel. No. _(631) 273-7373_

Name of Emergency Contact _Steven Redding_

_Steven Redd___    _Plant Engineer_
(Signature and Title of Person Completing Form)

**Hazardous Materials Location***

Street Add. Only _55 Adams Ave_

Bldg. Name or No. _Corwood Labs_

City, State, Zip _Hauppauge, N.Y. 11788_

Policy Anniv. Date _____

Bus. Tel. _(631) 486-7373_    Home Tel. _567-6875_

*It is suggested that a separate form be filled out for each building that contains hazardous materials.

## EXEMPTIONS

Requests for exemptions from this law must be made in writing, attached to this form, and filed annually with your local fire department not later than the anniversary date of your policy.

All exemptions approved shall expire on the next policy anniversary date.

Exemptions denied shall require that the insured file a completed hazardous materials report form within 15 days of denial.

## FOR FIRE DEPARTMENT USE ONLY

Exemptions:  Approved _____    Denied _____    Additional Information Needed _____

_____
(Date)

_____
(Fire Department Name and Address)

_____
(Signature of Fire Chief)

_____
(Print Name of Fire Chief)

F100965-001 (4/82)
New York State Department of State, Office of Fire Prevention and Control



NEW YORK STATE DEPARTMENT OF STATE
OFFICE OF FIRE PREVENTION AND CONTROL

## HAZARDOUS MATERIALS REPORT FORM
(General Municipal Law, § 209-u)

The information entered herein is essential to your local fire chief for the protection of your employees, the fire-fighters and citizens in the immediate area, and to reduce damage to your property in the event of a fire or an emergency.

Every fire insurance policyholder, engaged in commerce in this state, is required by law to report the presence of hazardous materials at their business address.

Failure to file in accordance with the provisions of section 209-u of the General Municipal Law could result in a fine.

A separate report is required annually for each business address.

## WHEN COMPLETED, THIS FORM MUST BE SENT TO YOUR LOCAL FIRE DEPARTMENT.

Firm Name *Corwood Laboratories Inc.*

Bus. Add. *55 Arkay Drive*

City, State, Zip *Hauppauge NY 11788*

Tel. No. *(631) 273-7373*

Name of
Emergency Contact *Steven Redding*

*Steven Redd     Plant Engineer*
(Signature and Title of Person Completing Form)

**Hazardous Materials Location***

Street Add. Only *55 Adams Ave*

Bldg. Name or No. *Corwood Lab*

City, State, Zip *Hauppauge, NY 11788*

Policy Anniv. Date _____

Bus. Tel. *(631) 466-7373*  Home Tel. *567-6875*

*It is suggested that a separate form be filled out for each building that contains hazardous materials.

## EXEMPTIONS

Requests for exemptions from this law must be made in writing, attached to this form, and filed annually with your local fire department not later than the anniversary date of your policy.

All exemptions approved shall expire on the next policy anniversary date.

Exemptions denied shall require that the insured file a completed hazardous materials report form within 15 days of denial.

## FOR FIRE DEPARTMENT USE ONLY

Exemptions:  Approved _____      Denied _____      Additional Information Needed _____

_____          _____
(Date)                                         (Signature of Fire Chief)

_____          _____
(Fire Department Name and Address)              (Print Name of Fire Chief)

F100965-001 (4/82)
New York State Department of State, Office of Fire Prevention and Control

V    Hazardous Material Listing (attach additional sheets if necessary)
   Note: Definitions of symbols are on the second page of the instruction sheet.

| Identifying Symbol | Material Description & Proper Shipping Name | Total Amount | Identifying Symbol | Material Description & Proper Shipping Name | Amount |
|---|---|---|---|---|---|
| | | | | Nitrogen RF | 1000 |
| | | | | HELIUM | 660 C |
| | | | | ARGON | 300 CF |
| POISON GAS | | | OXIDIZER | Oxygen | 60 CF |
| | | | | Sodium Nitrate | 11,000 # |
| POISON IRRITANT | | | ORGANIC PEROXIDE | Hydrogen Peroxide | 200 GL |
| | | | | Benzyl Peroxide | 200 GL |
| | SDA 40 B Alcohol | 3000 GL | RADIOACTIVE | | |
| | ISOPROPYL Alcohol | 700 GL | | | |
| | METHANOL | .5 GL | | | |
| | ACETONE | 400 GL | | | |
| | COAL TAR SOL. | 100 GL | | | |
| | Benzyl Alcohol | 100 GL | CORROSIVE | Phosphoric Acid | 100 GL |
| | | | | Nitric Acid | 10 GL |
| | | | | BIO SOFT 100 | 300 GL |
| | | | | AMMONIA (Aqua) | 400 GL |
| FLAMMABLE SOLID | | | DANGEROUS WHEN WET | | |
| | Hydrogen | 300 CF | ETIOLOGIC AGENTS BIOMEDICAL MATERIAL IN CASE OF DAMAGE OR LEAKAGE NOTIFY DIRECTOR CDC ATLANTA, GEORGIA 404/633-5313 | | |
| | Acetylene | 100 CF | | | |

VI Special Considerations/Remarks:





NEW YORK STATE DEPARTMENT OF STATE
OFFICE OF FIRE PREVENTION AND CONTROL

## HAZARDOUS MATERIALS REPORT FORM
(General Municipal Law, § 209-u)

The information entered herein is essential to your local fire chief for the protection of your employees, the fire-fighters and citizens in the immediate area, and to reduce damage to your property in the event of a fire or an emergency.

Every fire insurance policyholder, engaged in commerce in this state, is required by law to report the presence of hazardous materials at their business address.

Failure to file in accordance with the provisions of section 209-u of the General Municipal Law could result in a fine.

A separate report is required annually for each business address.

### WHEN COMPLETED, THIS FORM MUST BE SENT TO YOUR LOCAL FIRE DEPARTMENT.

**Hazardous Materials Location\***

Firm Name  *Corwood Laboratories Inc.*     Street Add. Only  *55 Arkay Drive*

Bus. Add.  *55 Arkay Drive*     Bldg. Name or No.  *Corwood Labs - Packaging*

City, State, Zip  *Hauppauge, N.Y. 11788*     City, State, Zip  *Hauppauge, N.Y. 11788*

Tel. No. *(631) 273-7373*     Policy Anniv. Date

Name of
Emergency Contact  *Steven Redding*     Bus. Tel *(631) 273-7373* Home Tel *(631) 567-6875*

*Steven Redding, Plant Engineer*
(Signature and Title of Person Completing Form)

\*It is suggested that a separate form be filled out for each building that contains hazardous materials.

### EXEMPTIONS

Requests for exemptions from this law must be made in writing, attached to this form, and filed annually with your local fire department not later than the anniversary date of your policy.

All exemptions approved shall expire on the next policy anniversary date.

Exemptions denied shall require that the insured file a completed hazardous materials report form within 15 days of denial.

### FOR FIRE DEPARTMENT USE ONLY

Exemptions:  Approved _____  Denied _____  Additional Information Needed _____

_____  _____
(Date)  (Signature of Fire Chief)

_____  _____
(Fire Department Name and Address)  (Print Name of Fire Chief)

F100965-001 (4/82)
New York State Department of State, Office of Fire Prevention and Control

V  Hazardous Material Listing  (attach additional sheets if necessary)
   Note:  Definitions of symbols are on the second page of the instruction sheet.

| Identifying Symbol | Material Description & Proper Shipping Name | Total Amount | Identifying Symbol | Material Description & Proper Shipping Name | |
|---|---|---|---|---|---|
| EXPLOSIVE / BLASTING AGENT | | | | Nitrogen NF 230 CF Cylinders | 7 |
| | | | | Argon 330 CF cylinder | |
| POISON GAS | | | OXIDIZER | | |
| POISON / IRRITANT | | | ORGANIC PEROXIDE | | |
| | Alcohol, Ethyl | 1000 GL | RADIOACTIVE | | |
| | Alcohol Isopropol | 300 GL | | | |
| | Ethyl Ether Alcohol | 300 GL | | | |
| | Acetone | 100 GL | | | |
| | Alcohol Methyl (Ink) | 20 GL | | | |
| | Diesel Fuel (Fire Pump) | 100 GL | CORROSIVE | Formic Acid | 500 # |
| FLAMMABLE SOLID | | | DANGEROUS WHEN WET | | |
| | | | ETIOLOGIC AGENTS BIOMEDICAL MATERIAL IN CASE OF DAMAGE OR LEAKAGE NOTIFY DIRECTOR CDC ATLANTA, GEORGIA 404/633-5313 | | |
| | | | | | |

VI  Special Considerations/Remarks:



CORWOOD LABORATORIES INC.
55 ARKAY DRIVE, HAUPPAUGE, NY

FIRE PUMP
DIESEL FUEL

FIRE DEPT. CONNECTION

HYDRANT

GAS SHUTOF VALVE

ELECTRIC SERVICE

WAREHOUSE

NORTH PACKAGING ROOM

SOUTH PACKAGING ROOM

LOADING DOCK

DUMPSTER

SHOP

GAS CYLINDER STORAGE

FLAMMABLE FILLING ROOM

FLAMMABLE STORAGE ROOM

ARGON CYL. STORAGE

SCALE IN FEET

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

_J Adam Avenu 12/8/09_

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|---|
| *397248 F1 | OPTAMINT POX NAT&ART PEP/SPERM | 264.4411 | 3.1800 | RM-73267-1 | ALCOHOL ROOM | 1 |
| *AMMOSOL26 | AMMONIA SOL. NF 26 BE (RUGER 021 | 42.0000 | 6.6232 | RM-77648-1 | ALCOHOL ROOM | 1 |
| *AMMOSOL26 | AMMONIA SOL. NF 26 BE (RUGER 021 | 154.0000 | 6.6232 | RM-77649-1 | ALCOHOL ROOM | 1 |
| *AMMOSOL26 | AMMONIA SOL. NF 26 BE (RUGER 021 | 203.0000 | 6.6232 | RM-77842-1 | ALCOHOL ROOM | 1 |
| *BENTONEGEL1 | BENTONE GEL ISD V (ELEMENTIS) | 30.0000 | 13.1557 | RM-74262-1 | ALCOHOL ROOM | 1 |

Page 1

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

12/8/09

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|---|
| *IPA 99% A1 | ISOPROPYL ALCOHOL 99% ANH USP (D | 367.2113 | 1.0900 | RM-76732-1 | ALCOHOL ROOM | 1 |
| *IPA 99% A2 | IPA 99% USP EXXON MOBILE | 280.6062 | 0.9000 | RM-59425-1 | ALCOHOL ROOM | 1 |
| *IPA70% | ISOPROPYL ALCOHOL 70% | 387.0000 | 0.8400 | RM-77250-1 | ALCOHOL ROOM | 1 |
| *MYRRHTINTH1 | TINCTURE OF MYRRH | 14.4107 | 9.6073 | RM-72695-1 | ALCOHOL ROOM | 1 |
| *PEROXYDN1 | PEROXYDONE K 30 U (ISP) | 75.0000 | 9.4104 | RM-73990-1 | ALCOHOL ROOM | 1 |

## INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

12/8/09

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---------|-------------|-----|----------------|------------|----------|------|
| *PEROXYDN1 | PEROXYDONE K 30 U (ISP) | 150.0000 | 9.4104 | RM-74834-1 | ALCOHOL ROOM | 1 |
| *PEROXYDN1 | PEROXYDONE K 30 U (ISP) | 150.0000 | 9.4104 | RM-74835-1 | ALCOHOL ROOM | 1 |
| *PEROXYDN1 | PEROXYDONE K 30 U (ISP) | 66.0000 | 9.4104 | RM-74836-1 | ALCOHOL ROOM | 1 |
| *PEROXYDN1 | PEROXYDONE K 30 U (ISP) | 150.0000 | 9.4104 | RM-74837-1 | ALCOHOL ROOM | 1 |
| *PHENOLLIQX5 | PHENOL LIQUID | 0.5160 | 10.6375 | RM-70226-1 | ALCOHOL ROOM | 1 |

12/8/09

## INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---------|-------------|-----|----------------|------------|----------|------|
| *SDA402/190PF | SDA 40-2 190 PROOF (AAPER) | 251.4570 | 0.7176 | RM-73993-1 | ALCOHOL ROOM | 1 |
| *SDA40B190A1 | SDA 40B ALCOHOL 190 PF | 868.0598 | 3.7500 | RM-77005-1 | ALCOHOL ROOM | 1 |

Page 4

12/8/09

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

| DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|
| STEOL CA-460 | 229.0000 | 1.3200 | RM-48637-1 | ALCOHOL ROOM B | 1 |

PART ID
*STEOLC460I1

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

12/8/09

| DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|
| COAL TAR SOLUTION | 377.2100 | 2.4700 | RM-77907-1 | ALCOHOL ROOM2 | 1 |

PART ID
*COLTARSOLH1

**INVENTORY WORKSHEET WITH LOT#, QTY, AND COST**

12/8/09

| DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|
| ETHYL ALCHOL 190 PROOF UNDENAT ( | 1,468.0000 | 0.7340 | RM-75508-1 | ALCOHOL ROOM3 | 1 |

PART ID
*ETHYLALCHLA1

12/8/09

## INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---------|-------------|-----|----------------|------------|----------|------|
| *METHANOL A1 | METHANOL | 19.0000 | 0.4800 | RM-62978-1 | ALCOHOL ROOM4 | 1 |

12/8/09

## INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---------|-------------|-----|----------------|------------|----------|------|
| *ETHYLALCHLA1 | ETHYL ALCHOL 190 PROOF UNDENAT ( | 355.0650 | 0.7340 | RM-70231-1 | ALCOHOL ROOM5 | 1 |
| *ETHYLALCHLA1 | ETHYL ALCHOL 190 PROOF UNDENAT ( | 366.9120 | 0.7340 | RM-75508-1 | ALCOHOL ROOM5 | 1 |

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

12/8/09

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|---|
| *ETHYLALCHLA1 | ETHYL ALCHOL 190 PROOF UNDENAT ( | 88.4425 | 0.7340 | RM-69500-1 | ALCOHOL ROOM6 | 1 |
| *ETHYLALCHLA1 | ETHYL ALCHOL 190 PROOF UNDENAT ( | 367.0880 | 0.7340 | RM-75508-1 | ALCOHOL ROOM6 | 1 |
| *SDA-38B  A1 | SDA-38B W/PEPPERMINT | 291.6748 | 1.3400 | RM-75951-1 | ALCOHOL ROOM6 | 1 |

12/8/09

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|---|
| *METHANOL_A1 | METHANOL | 115.9850 | 0.4800 | RM-65272-1 | ALCOHOL ROOM7 | 1 |
| *SDA402/190PF1 | SDA 40-2 190 PROOF (EQUISTAR/LYONI | 215.0000 | 0.8148 | RM-63275-1 | ALCOHOL ROOM7 | 1 |

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

12/8/09

| DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|
| SD ALCOHOL 40 (190 PROOF) | 171.9000 | 0.0000 | RM-64888-1 | ALCOHOL ROOM4 | 1 |

PART ID
*P30B1093CM

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

JJ ArKey Drive 12/8/09

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---------|-------------|-----|----------------|------------|----------|------|
| G02705286 | SMILE WHITENING SYSTEM | 215.0000 | 10.5893 | LOT#A374 | ALCHOLROOM | 6 |
| N01502285 | AHA ENHANCED GEL-#B7203 | 83.0000 | 1.7892 | LOT#C097 | ALCHOLROOM | 6 |
| U01105373 | SANITIZING REDI-WIPES | 1,638.8000 | 0.0000 | LOT#B815 | ALCHOLROOM | 6 |
| U01105373 | SANITIZING REDI-WIPES | 6,949.0000 | 0.0000 | LOT#B820 | ALCHOLROOM | 6 |
| U01105373 | SANITIZING REDI-WIPES | 4,020.0000 | 0.0000 | LOT#B821 | ALCHOLROOM | 6 |

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

12/8/09

| DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---|---|---|---|---|---|
| PANTHENOL HAIR SPRAY | 37.0000 | 1.5089 | LOT#Y554 | ALCOHOL RM | 6 |

PART ID
N00604918

12/8/09

# INVENTORY WORKSHEET WITH LOT#, QTY, AND COST

| PART ID | DESCRIPTION | QTY | LAST UNIT COST | LOT NUMBER | LOCATION | WSHE |
|---------|-------------|-----|----------------|------------|----------|------|
| *IPA70% | ISOPROPYL ALCOHOL 70% | 2,709.0000 | 0.8400 | RM-77186-1 | TRAILER5 | 6 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re    **Corwood Laboratories, Inc.**
_____,
                                    Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 22 | 8,352,110.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,693,467.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 1,374,798.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 64 | | 13,228,560.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 95 | | | |
| Total Assets | | | 8,352,110.29 | | |
| Total Liabilities | | | | 18,296,825.87 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of New York

In re    **Corwood Laboratories, Inc.**                         ,  Case No. _____

                                          Debtor

Chapter             **7**           

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Corwood Laboratories, Inc.** _____,    Case No. _____
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Corwood Laboratories, Inc.**                                                    Case No. _____
                                                                    ,
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **petty cash** | - | 123.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Money held in escrow** **Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556 (Escrow Agent)** | - | 700,000.00 |
| | | **Operating Account  -** **XXX-XXX590** **JP Morgan Chase Bank NA , 395 North Service Rd., 3rd Floor, Melville, NY** | - | 0.00 |
| | | **Payroll Account** **XXX-XXX333** **JP Morgan Chase Bank, NA, 395 North Service Rd., 3rd FL, Melville, NY** | - | 1,504.42 |
| | | **Special Account** **XXX- XXX421** **JP Morgan Chase NA, 395 North Service Rd., 3rd FL, Melville, NY** | - | 0.00 |
| | | **Operating / Payroll account** **XXX-XXXX606** **Capital One Bank, 99 Smithtown Bypass, Hauppauge, NY** | - | 250,977.57 |
| | | **Checking Account** **XXX-XX231-5** **HSBC Bank USA, PO Box 9, Buffalo, NY** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Sub-Total >                 952,604.99
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____ ,   Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **see attached list headed Schedule B-16** | - | 1,324,668.46 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 1,324,668.46 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Arbonne accounts receivable | - | 643,035.98 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 Volvo box truck | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | office furniture, supplies | - | Unknown |
| | | computers | - | Unknown |

Sub-Total >   643,035.98
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**
_____,   Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **miscellaneous - book value** | - | **850,864.05** |
| 30. Inventory. | | **raw materials (net of reserve) - book value** | - | **2,501,225.89** |
| | | **finished goods - book value** | - | **106,374.50** |
| | | **components - book value** | - | **297,183.25** |
| | | **bulk - book value** | - | **793,106.08** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepayments -** **See attached sheet marked B-35 Other personal property** | - | **151,035.70** |
| | | **Tenant improvements to property** | - | **485,853.11** |
| | | **Insurance policies** **See attached sheets marked B-35 Insurance** | - | **246,158.28** |

| | Sub-Total >  (Total of this page) | **5,431,800.86** |
|---|---|---|
| | Total > | **8,352,110.29** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

*Schedule B-16*

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:                      CL

2:16 PM    1
12/3/2009
Page

| Customer ID / Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| **A033** | | APOTHECUS PHARMACEUTICAL CORP. | | | | | | |
| IV-032592MFG | 3/13/09 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| IV-032639MFG | 3/23/09 | 28,543.78 | 0.00 | 0.00 | 0.00 | 0.00 | 28,543.78 | 28,543.78 |
| IV-033881MFG | 9/25/09 | 4,341.86 | 0.00 | 0.00 | 4,341.86 | 0.00 | 0.00 | 4,341.86 |
| Customer totals: | | | 0.00 | 0.00 | 4,341.86 | 0.00 | 29,543.78 | 33,885.64 |
| **A035** | | AT LAST NATURALS INC. | | | | | | |
| IV-033735MFG | 8/31/09 | 17,809.50 | 0.00 | 0.00 | 0.00 | 17,809.50 | 0.00 | 17,809.50 |
| IV-033754MFG | 9/2/09 | 9,623.28 | 0.00 | 0.00 | 0.00 | 9,623.28 | 0.00 | 9,623.28 |
| IV-033798MFG | 9/9/09 | 12,143.62 | 0.00 | 0.00 | 12,143.62 | 0.00 | 0.00 | 12,143.62 |
| IV-033799MFG | 9/9/09 | 10,570.44 | 0.00 | 0.00 | 10,570.44 | 0.00 | 0.00 | 10,570.44 |
| IV-033828MFG | 9/16/09 | 3,306.57 | 0.00 | 0.00 | 3,306.57 | 0.00 | 0.00 | 3,306.57 |
| IV-033829MFG | 9/16/09 | 605.64 | 0.00 | 0.00 | 605.64 | 0.00 | 0.00 | 605.64 |
| IV-033852MFG | 9/22/09 | 3,953.84 | 0.00 | 0.00 | 3,953.84 | 0.00 | 0.00 | 3,953.84 |
| IV-033853MFG | 9/23/09 | 1,976.92 | 0.00 | 0.00 | 1,976.92 | 0.00 | 0.00 | 1,976.92 |
| IV-033854MFG | 9/23/09 | 428.20 | 0.00 | 0.00 | 428.20 | 0.00 | 0.00 | 428.20 |
| IV-033855MFG | 9/23/09 | 638.82 | 0.00 | 0.00 | 638.82 | 0.00 | 0.00 | 638.82 |
| IV-033856MFG | 9/23/09 | 1,996.00 | 0.00 | 0.00 | 1,996.00 | 0.00 | 0.00 | 1,996.00 |
| IV-033857MFG | 9/23/09 | 4,017.66 | 0.00 | 0.00 | 4,017.66 | 0.00 | 0.00 | 4,017.66 |
| IV-033858MFG | 9/23/09 | 715.36 | 0.00 | 0.00 | 715.36 | 0.00 | 0.00 | 715.36 |
| IV-033861MFG | 9/23/09 | 1,831.00 | 0.00 | 0.00 | 1,831.00 | 0.00 | 0.00 | 1,831.00 |
| IV-033887MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033914MFG | 9/30/09 | 6,017.00 | 0.00 | 0.00 | 6,017.00 | 0.00 | 0.00 | 6,017.00 |
| IV-033915MFG | 9/30/09 | 329.00 | 0.00 | 0.00 | 329.00 | 0.00 | 0.00 | 329.00 |
| IV-033916MFG | 9/30/09 | 4,072.24 | 0.00 | 0.00 | 4,072.24 | 0.00 | 0.00 | 4,072.24 |
| IV-033933MFG | 9/30/09 | 521.80 | 0.00 | 0.00 | 521.80 | 0.00 | 0.00 | 521.80 |
| IV-033934MFG | 9/30/09 | 2,808.00 | 0.00 | 0.00 | 2,808.00 | 0.00 | 0.00 | 2,808.00 |
| IV-033953MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| Customer totals: | | | 0.00 | 0.00 | 55,982.11 | 27,432.78 | 0.00 | 83,414.89 |
| **A048** | | ARBONNE INTERNATIONAL | | | | | | |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:           CL

12/3/2009
Page            2:17 PM
                2

Customer ID       Customer Name

| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-004111AR | 10/21/08 | -10,985.77 | 0.00 | 0.00 | 0.00 | 0.00 | -10,985.77 | -10,985.77 |
| IV-0331136MFG | 5/29/09 | 2,343.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,343.00 | 2,343.00 |
| IV-0331193MFG | 6/9/09 | 20,711.84 | 0.00 | 0.00 | 0.00 | 0.00 | 20,711.84 | 20,711.84 |
| IV-0331194MFG | 6/9/09 | 8,900.24 | 0.00 | 0.00 | 0.00 | 0.00 | 8,900.24 | 8,900.24 |
| IV-004431AR | 8/13/09 | -8,961.27 | 0.00 | 0.00 | 0.00 | -8,961.27 | 0.00 | -8,961.27 |
| IV-033739MFG | 8/31/09 | 3,193.41 | 0.00 | 0.00 | 0.00 | 3,193.41 | 0.00 | 3,193.41 |
| IV-033836MFG | 9/17/09 | 14,353.26 | 0.00 | 0.00 | 14,353.26 | 0.00 | 0.00 | 14,353.26 |
| IV-033839MFG | 9/17/09 | 4,339.09 | 0.00 | 0.00 | 4,339.09 | 0.00 | 0.00 | 4,339.09 |
| IV-033864MFG | 9/24/09 | 2,522.50 | 0.00 | 0.00 | 2,522.50 | 0.00 | 0.00 | 2,522.50 |
| IV-033865MFG | 9/24/09 | 11,221.80 | 0.00 | 0.00 | 11,221.80 | 0.00 | 0.00 | 11,221.80 |
| IV-033866MFG | 9/24/09 | 2,377.72 | 0.00 | 0.00 | 2,377.72 | 0.00 | 0.00 | 2,377.72 |
| IV-033867MFG | 9/24/09 | 8,223.70 | 0.00 | 0.00 | 8,223.70 | 0.00 | 0.00 | 8,223.70 |
| IV-033868MFG | 9/24/09 | 1,084.60 | 0.00 | 0.00 | 1,084.60 | 0.00 | 0.00 | 1,084.60 |
| IV-033869MFG | 9/24/09 | 15,308.92 | 0.00 | 0.00 | 15,308.92 | 0.00 | 0.00 | 15,308.92 |
| IV-033909MFG | 9/30/09 | 6,731.35 | 0.00 | 0.00 | 6,731.35 | 0.00 | 0.00 | 6,731.35 |
| IV-033910MFG | 9/30/09 | 5,113.99 | 0.00 | 0.00 | 5,113.99 | 0.00 | 0.00 | 5,113.99 |
| IV-033911MFG | 9/30/09 | 1,384.00 | 0.00 | 0.00 | 1,384.00 | 0.00 | 0.00 | 1,384.00 |
| IV-033912MFG | 9/30/09 | 11,630.50 | 0.00 | 0.00 | 11,630.50 | 0.00 | 0.00 | 11,630.50 |
| IV-033969MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033970MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033971MFG | 9/30/09 | 6,083.00 | 0.00 | 0.00 | 6,083.00 | 0.00 | 0.00 | 6,083.00 |
| IV-033972MFG | 9/30/09 | 25,689.60 | 0.00 | 0.00 | 25,689.60 | 0.00 | 0.00 | 25,689.60 |
| IV-033973MFG | 9/30/09 | 10,925.08 | 0.00 | 0.00 | 10,925.08 | 0.00 | 0.00 | 10,925.08 |
| IV-033974MFG | 9/30/09 | 4,711.00 | 0.00 | 0.00 | 4,711.00 | 0.00 | 0.00 | 4,711.00 |
| IV-033975MFG | 9/30/09 | 7,448.00 | 0.00 | 0.00 | 7,448.00 | 0.00 | 0.00 | 7,448.00 |
| IV-033976MFG | 9/30/09 | 750.60 | 0.00 | 0.00 | 750.60 | 0.00 | 0.00 | 750.60 |
| IV-033977MFG | 9/30/09 | 1,805.00 | 0.00 | 0.00 | 1,805.00 | 0.00 | 0.00 | 1,805.00 |
| IV-033978MFG | 9/30/09 | 4,983.00 | 0.00 | 0.00 | 4,983.00 | 0.00 | 0.00 | 4,983.00 |
| IV-033979MFG | 9/30/09 | 2,819.50 | 0.00 | 0.00 | 2,819.50 | 0.00 | 0.00 | 2,819.50 |
| IV-033980MFG | 9/30/09 | 30,240.00 | 0.00 | 0.00 | 30,240.00 | 0.00 | 0.00 | 30,240.00 |
| IV-033983MFG | 9/30/09 | 34,476.50 | 0.00 | 0.00 | 34,476.50 | 0.00 | 0.00 | 34,476.50 |
| IV-033984MFG | 9/30/09 | 19,030.00 | 0.00 | 0.00 | 19,030.00 | 0.00 | 0.00 | 19,030.00 |
| IV-033985MFG | 9/30/09 | 3,063.75 | 0.00 | 0.00 | 3,063.75 | 0.00 | 0.00 | 3,063.75 |
| IV-033986MFG | 9/30/09 | 11,154.60 | 0.00 | 0.00 | 11,154.60 | 0.00 | 0.00 | 11,154.60 |
| IV-033987MFG | 9/30/09 | 101,146.50 | 0.00 | 0.00 | 101,146.50 | 0.00 | 0.00 | 101,146.50 |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity: CL

2:17 PM
3

12/3/2009
Page

| Customer ID | Customer Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
| IV-033990MFG | 9/30/09 | 84,585.66 | 0.00 | 0.00 | 84,585.66 | 0.00 | 0.00 | 84,585.66 |
| IV-033996MFG | 10/7/09 | 7,277.94 | 0.00 | 7,277.94 | 0.00 | 0.00 | 0.00 | 7,277.94 |
| IV-004499AR | 10/7/09 | 203,854.05 | 0.00 | 203,854.05 | 0.00 | 0.00 | 0.00 | 203,854.05 |
| IV-004524AR | 10/30/09 | -16,550.68 | 0.00 | -16,550.68 | 0.00 | 0.00 | 0.00 | -16,550.68 |
| Customer totals: | | | 0.00 | 194,581.31 | 433,253.22 | -5,767.86 | 20,969.31 | 643,035.98 |
| **A053** | **ASTRAL HEALTH & BEAUTY** | | | | | | | |
| IV-033115MFG | 5/29/09 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| IV-033893MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033894MFG | 9/29/09 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 50.00 |
| Customer totals: | | | 0.00 | 0.00 | 75.00 | 0.00 | 25.00 | 100.00 |
| **A054** | **ACUPAC PACKAGING INC. C/O KOLMAR LABORATORIES** | | | | | | | |
| IV-004360AR | 6/5/09 | -2,052.87 | 0.00 | 0.00 | 0.00 | 0.00 | -2,052.87 | -2,052.87 |
| IV-033185MFG | 6/8/09 | 4,398.75 | 0.00 | 0.00 | 0.00 | 0.00 | 197.38 | 197.38 |
| IV-004370AR | 6/19/09 | -9,545.98 | 0.00 | 0.00 | 0.00 | 0.00 | -9,545.98 | -9,545.98 |
| IV-033390MFG | 6/30/09 | 11,824.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,486.80 | 3,486.80 |
| IV-004398AR | 7/10/09 | -109,468.41 | 0.00 | 0.00 | 0.00 | 0.00 | -87,341.23 | -87,341.23 |
| IV-033561MFG | 7/30/09 | 11,151.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11,151.50 | 11,151.50 |
| IV-004425AR | 7/30/09 | -36,459.05 | 0.00 | 0.00 | 0.00 | 0.00 | -8.00 | -8.00 |
| IV-004440AR | 7/31/09 | -5,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,625.00 | -5,625.00 |
| IV-004441AR | 7/31/09 | -2,205.20 | 0.00 | 0.00 | 0.00 | 0.00 | -1,192.00 | -1,192.00 |
| IV-004442AR | 7/31/09 | -7,062.60 | 0.00 | 0.00 | 0.00 | 0.00 | -3,792.00 | -3,792.00 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | -94,721.40 | -94,721.40 |
| **B003** | **BARIELLE LTD.** | | | | | | | |
| IV-033859MFG | 9/23/09 | 10,200.75 | 0.00 | 0.00 | 10,200.75 | 0.00 | 0.00 | 10,200.75 |
| IV-033870MFG | 9/24/09 | 9,061.89 | 0.00 | 0.00 | 9,061.89 | 0.00 | 0.00 | 9,061.89 |
| IV-033901MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity: CL

2:18 PM
4

12/3/2009
Page

| Customer ID | Customer Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
| **B038** | **BORGHESE,INC** | | | | | | | |
| IV-004515AR | 10/29/09 | -9,560.84 | 0.00 | -9,560.84 | 0.00 | 0.00 | 0.00 | -9,560.84 |
| Customer totals: | | | 0.00 | -9,560.84 | 19,287.64 | 0.00 | 0.00 | 9,726.80 |
| **B038** | | | | | | | | |
| IV-033946MFG | 9/30/09 | 505.67 | 0.00 | 0.00 | 505.67 | 0.00 | 0.00 | 505.67 |
| Customer totals: | | | 0.00 | 0.00 | 505.67 | 0.00 | 0.00 | 505.67 |
| **B045** | **GURWITCH PRODUCTS L.L.C.** | | | | | | | |
| IV-004271AR | 3/10/09 | 3,273.94 | 0.00 | 0.00 | 0.00 | 0.00 | 3,273.94 | 3,273.94 |
| IV-033156MFG | 5/29/09 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| IV-033357MFG | 6/30/09 | 104.50 | 0.00 | 0.00 | 0.00 | 0.00 | 104.50 | 104.50 |
| IV-033368MFG | 6/30/09 | 931.10 | 0.00 | 0.00 | 0.00 | 0.00 | 931.10 | 931.10 |
| IV-033517MFG | 7/27/09 | 7,915.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,915.00 | 7,915.00 |
| IV-033559MFG | 7/30/09 | 3,532.84 | 0.00 | 0.00 | 0.00 | 0.00 | 3,532.84 | 3,532.84 |
| IV-033560MFG | 7/30/09 | 982.30 | 0.00 | 0.00 | 0.00 | 0.00 | 982.30 | 982.30 |
| IV-033584MFG | 8/5/09 | 7,735.00 | 0.00 | 0.00 | 0.00 | 7,735.00 | 0.00 | 7,735.00 |
| IV-033591MFG | 8/6/09 | 236.00 | 0.00 | 0.00 | 0.00 | 236.00 | 0.00 | 236.00 |
| IV-033596MFG | 8/10/09 | 1,098.90 | 0.00 | 0.00 | 0.00 | 1,098.90 | 0.00 | 1,098.90 |
| IV-033607MFG | 8/11/09 | 1,155.00 | 0.00 | 0.00 | 0.00 | 1,155.00 | 0.00 | 1,155.00 |
| IV-033608MFG | 8/11/09 | 4,180.30 | 0.00 | 0.00 | 0.00 | 4,180.30 | 0.00 | 4,180.30 |
| IV-033623MFG | 8/11/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033749MFG | 8/31/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033755MFG | 9/2/09 | 2,142.61 | 0.00 | 0.00 | 0.00 | 2,142.61 | 0.00 | 2,142.61 |
| IV-033756MFG | 9/2/09 | 9,914.30 | 0.00 | 0.00 | 0.00 | 9,914.30 | 0.00 | 9,914.30 |
| IV-033759MFG | 9/2/09 | 5,493.60 | 0.00 | 0.00 | 0.00 | 5,493.60 | 0.00 | 5,493.60 |
| IV-033804MFG | 9/9/09 | 7,380.99 | 0.00 | 0.00 | 7,380.99 | 0.00 | 0.00 | 7,380.99 |
| IV-033805MFG | 9/9/09 | 7,049.93 | 0.00 | 0.00 | 7,049.93 | 0.00 | 0.00 | 7,049.93 |
| IV-033818MFG | 9/14/09 | 1,001.74 | 0.00 | 0.00 | 1,001.74 | 0.00 | 0.00 | 1,001.74 |
| IV-033831MFG | 9/16/09 | 75.00 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| Customer totals: | | | 0.00 | 0.00 | 15,507.66 | 32,005.71 | 16,764.68 | 64,278.05 |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:                     CL

12/3/2009
Page    5

2:18 PM

| Customer ID | Customer Name | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |

**B050     BLUE SPACE BRANDS, INC.**

| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-033258MFG | 6/22/09 | 1,102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,102.00 | 1,102.00 |
| IV-033259MFG | 6/22/09 | 1,282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,282.00 | 1,282.00 |
| IV-033260MFG | 6/22/09 | 1,102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,102.00 | 1,102.00 |
| IV-033261MFG | 6/22/09 | 1,102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,102.00 | 1,102.00 |
| IV-033262MFG | 6/22/09 | 1,262.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,262.00 | 1,262.00 |
| IV-033263MFG | 6/22/09 | 1,262.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,262.00 | 1,262.00 |
| IV-033345MFG | 6/30/09 | 2,251.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,251.00 | 2,251.00 |
| IV-033346MFG | 6/30/09 | 1,601.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,601.00 | 1,601.00 |
| IV-033347MFG | 6/30/09 | 1,601.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,601.00 | 1,601.00 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 12,565.00 | 12,565.00 |

**B051     BIOCOGENT, LTD**

| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-033655MFG | 8/18/09 | 8,341.20 | 0.00 | 0.00 | 0.00 | 3,923.70 | 0.00 | 3,923.70 |
| IV-033656MFG | 8/18/09 | 399.00 | 0.00 | 0.00 | 0.00 | 399.00 | 0.00 | 399.00 |
| IV-004501AR | 10/20/09 | -735.00 | 0.00 | -735.00 | 0.00 | 0.00 | 0.00 | -735.00 |
| Customer totals: | | | 0.00 | -735.00 | 0.00 | 4,322.70 | 0.00 | 3,587.70 |

**B052     BERLIN PACKAGING LLC**

| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-004456AR | 8/31/09 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |

**B053     BENTLEY LABORATORIES, LLC**

| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-034081MFG | 11/25/09 | 404.10 | 404.10 | 0.00 | 0.00 | 0.00 | 0.00 | 404.10 |
| Customer totals: | | | 404.10 | 0.00 | 0.00 | 0.00 | 0.00 | 404.10 |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:                    CL

2:18 PM
6

12/3/2009
Page

| Customer ID | Customer Name | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |

| B053-P | BENTLEY LABORATORIES, LLC | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IV-004543AR | 12/1/09 | 2,797.93 | 2,797.93 | 0.00 | 0.00 | 0.00 | 0.00 | 2,797.93 |
| Customer totals: | | | 2,797.93 | 0.00 | 0.00 | 0.00 | 0.00 | 2,797.93 |

| C064 | COSMETIC DERMATOLOGY, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IV-033875MFG | 9/25/09 | 11,764.50 | 0.00 | 0.00 | 11,764.50 | 0.00 | 0.00 | 11,764.50 |
| IV-033917MFG | 9/30/09 | 851.76 | 0.00 | 0.00 | 851.76 | 0.00 | 0.00 | 851.76 |
| IV-033918MFG | 9/30/09 | 7,290.60 | 0.00 | 0.00 | 7,290.60 | 0.00 | 0.00 | 7,290.60 |
| IV-033919MFG | 9/30/09 | 10,679.04 | 0.00 | 0.00 | 10,679.04 | 0.00 | 0.00 | 10,679.04 |
| IV-033935MFG | 9/30/09 | 7,675.98 | 0.00 | 0.00 | 7,675.98 | 0.00 | 0.00 | 7,675.98 |
| IV-033936MFG | 9/30/09 | 5,095.92 | 0.00 | 0.00 | 5,095.92 | 0.00 | 0.00 | 5,095.92 |
| IV-033964MFG | 9/30/09 | 14,930.65 | 0.00 | 0.00 | 14,930.65 | 0.00 | 0.00 | 14,930.65 |
| Customer totals: | | | 0.00 | 0.00 | 58,288.45 | 0.00 | 0.00 | 58,288.45 |

| C071 | CAROL'S DAUGHTER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IV-033414MFG | 7/9/09 | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| IV-033415MFG | 7/9/09 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| IV-033416MFG | 7/9/09 | 102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.00 | 102.00 |
| IV-033417MFG | 7/9/09 | 102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.00 | 102.00 |
| IV-033418MFG | 7/9/09 | 102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.00 | 102.00 |
| IV-033427MFG | 7/10/09 | 1,351.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,351.00 | 1,351.00 |
| IV-004414AR | 7/31/09 | -7.37 | 0.00 | 0.00 | 0.00 | 0.00 | -7.37 | -7.37 |
| IV-033670MFG | 8/20/09 | 9,327.08 | 0.00 | 0.00 | 0.00 | 9,327.08 | 0.00 | 9,327.08 |
| IV-033725MFG | 8/28/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033734MFG | 8/31/09 | 12,374.74 | 0.00 | 0.00 | 0.00 | 12,374.74 | 0.00 | 12,374.74 |
| IV-033825MFG | 9/15/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033848MFG | 9/21/09 | 15,688.20 | 0.00 | 0.00 | 15,688.20 | 0.00 | 0.00 | 15,688.20 |
| IV-033873MFG | 9/25/09 | 11,064.80 | 0.00 | 0.00 | 11,064.80 | 0.00 | 0.00 | 11,064.80 |
| IV-033874MFG | 9/25/09 | 13,617.92 | 0.00 | 0.00 | 13,617.92 | 0.00 | 0.00 | 13,617.92 |
| IV-033884MFG | 9/29/09 | 9,805.04 | 0.00 | 0.00 | 9,805.04 | 0.00 | 0.00 | 9,805.04 |

CORWOOD LABORATORIES INC.                                                              2:19 PM
Aged Receivables (Detail)                                                                   7
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000      12/3/2009
Entity:                                                                                 Page
        CL

| Customer ID | Customer Name | Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| C074 | C S BIOSCIENCE | | | | | | | | | |
| | | IV-033890MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| | | IV-033891MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| | | IV-033892MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| | | IV-033951MFG | 9/30/09 | 665.90 | 0.00 | 0.00 | 665.90 | 0.00 | 0.00 | 665.90 |
| | | IV-033952MFG | 9/30/09 | 660.50 | 0.00 | 0.00 | 660.50 | 0.00 | 0.00 | 660.50 |
| | | IV-033357MFG | 9/30/09 | 658.40 | 0.00 | 0.00 | 658.40 | 0.00 | 0.00 | 658.40 |
| Customer totals: | | | | 0.00 | 0.00 | 0.00 | 52,260.76 | 21,726.82 | 3,549.63 | 77,537.21 |
| C075 | COSMOLAB, INC | | | | | | | | | |
| | | IV-032786MFG | 4/13/09 | 13.50 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 | 13.50 |
| | | IV-032981MFG | 5/8/09 | 27,164.16 | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 | 6,500.00 |
| Customer totals: | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,513.50 | 6,513.50 |
| D052 | DRAGONTREE LABS, LLC | | | | | | | | | |
| | | IV-033146MFG | 5/29/09 | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,750.00 |
| Customer totals: | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,750.00 |
| E026 | EASTERN MARBLE AND GRANITE | | | | | | | | | |
| | | IV-004497AR | 10/14/09 | -20,372.88 | 0.00 | -20,372.88 | 0.00 | 0.00 | 0.00 | -20,372.88 |
| Customer totals: | | | | 0.00 | 0.00 | -20,372.88 | 0.00 | 0.00 | 0.00 | -20,372.88 |
| E031 | ESSENTIALS BY AMY | | | | | | | | | |
| | | IV-004449AR | 8/24/09 | -2,235.00 | 0.00 | 0.00 | 0.00 | -2,235.00 | 0.00 | -2,235.00 |
| Customer totals: | | | | 0.00 | 0.00 | 0.00 | 0.00 | -2,235.00 | 0.00 | -2,235.00 |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity: CL

12/3/2009    2:19 PM
Page 8

| Customer ID | Customer Name | | | | | | | | |
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-004433AR | 8/14/09 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| **F005** | **FOUR PAWS PRODUCTS LTD.** | | | | | | | |
| IV-033876MFG | 9/25/09 | 10,562.40 | 0.00 | 0.00 | 10,562.40 | | 0.00 | 10,562.40 |
| IV-033877MFG | 9/25/09 | 5,838.66 | 0.00 | 0.00 | 5,838.66 | 0.00 | 0.00 | 5,838.66 |
| IV-033900MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033965MFG | 9/30/09 | 11,025.00 | 0.00 | 0.00 | 11,025.00 | 0.00 | 0.00 | 11,025.00 |
| IV-033968MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033981MFG | 9/30/09 | 175.00 | 0.00 | 0.00 | 175.00 | 0.00 | 0.00 | 175.00 |
| Customer totals: | | | 0.00 | 0.00 | 27,651.06 | 0.00 | 0.00 | 27,651.06 |
| **F012** | **FALLENE, LTD** | | | | | | | |
| IV-033207MFG | 6/12/09 | 30,074.85 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 | 12,000.00 |
| IV-033208MFG | 6/12/09 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| IV-033245MFG | 6/18/09 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| IV-033580MFG | 8/5/09 | 16,542.12 | 0.00 | 0.00 | 0.00 | 16,542.12 | 0.00 | 16,542.12 |
| IV-033581MFG | 8/5/09 | 12,629.38 | 0.00 | 0.00 | 0.00 | 12,283.70 | 0.00 | 12,283.70 |
| IV-033684MFG | 8/21/09 | 28,729.65 | 0.00 | 0.00 | 0.00 | 28,729.65 | 0.00 | 28,729.65 |
| IV-033747MFG | 8/31/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 57,580.47 | 12,050.00 | 69,630.47 |
| **H033** | **HARDCAP, LLC.** | | | | | | | |
| IV-004362AR | 6/5/09 | -139.00 | 0.00 | 0.00 | 0.00 | 0.00 | -139.00 | -139.00 |
| IV-004403AR | 7/15/09 | -3,920.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,920.00 | -3,920.00 |
| IV-033802MFG | 9/9/09 | 1,670.12 | 0.00 | 0.00 | 1,670.12 | 0.00 | 0.00 | 1,670.12 |
| Customer totals: | | | 0.00 | 0.00 | 1,670.12 | 0.00 | -4,059.00 | -2,388.88 |

CORWOOD LABORATORIES INC.
Aged Receivables (Detail)
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:                         CL

12/3/2009                    2:19 PM
Page                              9

| Customer ID | Customer Name | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J009 | JOEY NEW YORK | | | | | | | |
| IV-029171MFG | 2/6/08 | 6,485.64 | 0.00 | 0.00 | 0.00 | 0.00 | 6,485.64 | 6,485.64 |
| IV-030809MFG | 7/15/08 | 493.20 | 0.00 | 0.00 | 0.00 | 0.00 | 493.20 | 493.20 |
| IV-030833MFG | 7/16/08 | 9,099.36 | 0.00 | 0.00 | 0.00 | 0.00 | 9,099.36 | 9,099.36 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 16,078.20 | 16,078.20 |
| | | | | | | | | |
| J015 | JURLIQUE | | | | | | | |
| IV-004312AR | 4/9/09 | 3,851.25 | 0.00 | 0.00 | 0.00 | 0.00 | 3,851.25 | 3,851.25 |
| IV-004315AR | 4/15/09 | 5,425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,425.00 | 5,425.00 |
| IV-004358AR | 6/4/09 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| IV-033568MFG | 7/31/09 | 5,221.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,221.00 | 5,221.00 |
| IV-033569MFG | 7/31/09 | 22,499.80 | 0.00 | 0.00 | 0.00 | 0.00 | 22,499.80 | 22,499.80 |
| IV-033578MFG | 8/4/09 | 5,392.60 | 0.00 | 0.00 | 0.00 | 0.00 | 5,392.60 | 5,392.60 |
| IV-004461AR | 9/14/09 | -7,174.35 | 0.00 | 0.00 | -7,174.35 | 0.00 | 0.00 | -7,174.35 |
| Customer totals: | | | 0.00 | 0.00 | -7,174.35 | 0.00 | 42,889.65 | 35,715.30 |
| | | | | | | | | |
| M001 | MAGIC OF ALOE | | | | | | | |
| IV-033058MFG | 5/19/09 | 2,629.75 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| | | | | | | | | |
| M008 | MARILYN MIGLIN INC. | | | | | | | |
| IV-004415AR | 8/3/09 | -4,614.83 | 0.00 | 0.00 | 0.00 | 0.00 | -4,614.83 | -4,614.83 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | -4,614.83 | -4,614.83 |
| | | | | | | | | |
| N006 | NATURE'S BOUNTY INC. | | | | | | | |

CORWOOD LABORATORIES INC.  
Aged Receivables (Detail)  
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000  
Entity:      CL

12/3/2009    2:20 PM  
Page        10

| Customer ID | Customer Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
| IV-033657MFG | 8/18/09 | 13,003.75 | 0.00 | 0.00 | 0.00 | 1,682.87 | 0.00 | 1,682.87 |
| IV-033801MFG | 9/9/09 | 10,834.44 | 0.00 | 0.00 | 10,834.44 | 0.00 | 0.00 | 10,834.44 |
| IV-033812MFG | 9/14/09 | 1,989.40 | 0.00 | 0.00 | 1,989.40 | 0.00 | 0.00 | 1,989.40 |
| IV-033813MFG | 9/14/09 | 7,850.88 | 0.00 | 0.00 | 7,850.88 | 0.00 | 0.00 | 7,850.88 |
| IV-033878MFG | 9/25/09 | 4,295.87 | 0.00 | 0.00 | 4,295.87 | 0.00 | 0.00 | 4,295.87 |
| IV-033879MFG | 9/25/09 | 5,269.17 | 0.00 | 0.00 | 5,269.17 | 0.00 | 0.00 | 5,269.17 |
| IV-004493AR | 9/30/09 | -4,421.15 | 0.00 | 0.00 | -4,421.15 | 0.00 | 0.00 | -4,421.15 |
| Customer totals: | | | 0.00 | 0.00 | 25,818.61 | 1,682.87 | 0.00 | 27,501.48 |

N015    NEOSTRATA COMPANY INC.

| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|---|
| IV-033669MFG | 8/21/09 | 3,020.82 | 0.00 | 0.00 | 0.00 | 3,020.82 | 0.00 | 3,020.82 |
| IV-033692MFG | 8/24/09 | 3,948.32 | 0.00 | 0.00 | 0.00 | 3,948.32 | 0.00 | 3,948.32 |
| IV-033696MFG | 8/24/09 | 3,421.60 | 0.00 | 0.00 | 0.00 | 3,421.60 | 0.00 | 3,421.60 |
| IV-033697MFG | 8/24/09 | 1,078.00 | 0.00 | 0.00 | 0.00 | 1,078.00 | 0.00 | 1,078.00 |
| IV-033705MFG | 8/24/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033706MFG | 8/24/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033371MFG | 8/27/09 | 38,269.92 | 0.00 | 0.00 | 0.00 | 38,269.92 | 0.00 | 38,269.92 |
| IV-033727MFG | 8/28/09 | 16,977.36 | 0.00 | 0.00 | 0.00 | 16,977.36 | 0.00 | 16,977.36 |
| IV-033728MFG | 8/28/09 | 28,217.28 | 0.00 | 0.00 | 0.00 | 28,217.28 | 0.00 | 28,217.28 |
| IV-033760MFG | 9/2/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033761MFG | 9/2/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033790MFG | 9/3/09 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 |
| IV-033819MFG | 9/14/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033843MFG | 9/21/09 | 6,058.22 | 0.00 | 0.00 | 6,058.22 | 0.00 | 0.00 | 6,058.22 |
| IV-033844MFG | 9/21/09 | 8,472.96 | 0.00 | 0.00 | 8,472.96 | 0.00 | 0.00 | 8,472.96 |
| IV-033895MFG | 9/29/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033902MFG | 9/29/09 | 75.00 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| IV-033923MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033924MFG | 9/30/09 | 125.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 125.00 |
| IV-033925MFG | 9/30/09 | 50.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 50.00 |
| IV-033944MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033945MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| IV-033991MFG | 9/30/09 | 11,385.60 | 0.00 | 0.00 | 11,385.60 | 0.00 | 0.00 | 11,385.60 |
| IV-033992MFG | 9/30/09 | 1,732.50 | 0.00 | 0.00 | 1,732.50 | 0.00 | 0.00 | 1,732.50 |

```
CORWOOD LABORATORIES INC.                                                          12/3/2009        2:20 PM
Aged Receivables (Detail)                                                          Page             11
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:           CL
```

| Customer ID | Customer Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
| IV-004532AR | 11/5/09 | -19,663.24 | -19,663.24 | 0.00 | 0.00 | 0.00 | 0.00 | -19,663.24 |
| Customer totals: | | | -19,663.24 | 0.00 | 28,024.28 | 95,058.30 | 0.00 | 103,419.34 |
| **0018** | **ORIGIN BIO MED INC.** | | | | | | | |
| IV-033947MFG | 9/30/09 | 31,734.20 | 0.00 | 0.00 | 31,734.20 | 0.00 | 0.00 | 31,734.20 |
| IV-033963MFG | 9/30/09 | 27,202.84 | 0.00 | 0.00 | 27,202.84 | 0.00 | 0.00 | 27,202.84 |
| IV-033988MFG | 9/30/09 | 1,001.44 | 0.00 | 0.00 | 1,001.44 | 0.00 | 0.00 | 1,001.44 |
| IV-033989MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| Customer totals: | | | 0.00 | 0.00 | 59,963.48 | 0.00 | 0.00 | 59,963.48 |
| **0019** | **OXFORD & HILL HOME PRODUCTS LLC** | | | | | | | |
| IV-033541MFG | 7/29/09 | 26,427.76 | 0.00 | 0.00 | 0.00 | 0.00 | 26,427.76 | 26,427.76 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 26,427.76 | 26,427.76 |
| **P027** | **PREMIER** | | | | | | | |
| IV-004472AR | 9/22/09 | -25.00 | 0.00 | 0.00 | -25.00 | 0.00 | 0.00 | -25.00 |
| Customer totals: | | | 0.00 | 0.00 | -25.00 | 0.00 | 0.00 | -25.00 |
| **P028** | **PRAI BEAUTY GROUP, INC** | | | | | | | |
| IV-033324MFG | 6/18/09 | 31,024.25 | 0.00 | 0.00 | 0.00 | 0.00 | 31,024.25 | 31,024.25 |
| IV-033473MFG | 7/17/09 | 16,994.10 | 0.00 | 0.00 | 0.00 | 0.00 | 16,994.10 | 16,994.10 |
| IV-033513MFG | 7/24/09 | 30.45 | 0.00 | 0.00 | 0.00 | 0.00 | 30.45 | 30.45 |
| IV-033575MFG | 8/4/09 | 341.25 | 0.00 | 0.00 | 0.00 | 0.00 | 341.25 | 341.25 |
| IV-033921MFG | 9/30/09 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| Customer totals: | | | 0.00 | 0.00 | 25.00 | 0.00 | 48,390.05 | 48,415.05 |

```
CORWOOD LABORATORIES INC.                                                    12/3/2009      2:20 PM
Aged Receivables (Detail)                                                    Page           12
All Customers All Currencies, As of 12/3/2009, Aged By Invoice Date, 10-2001-000
Entity:        CL
```

| Customer ID | Customer Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice ID | Inv Date | Inv Amount | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
| S003 | SUSAN E. CIMINELLI PRODS. INC. | | | | | | | |
| IV-004300AR | 4/6/09 | -14,935.18 | 0.00 | 0.00 | 0.00 | 0.00 | -14,935.18 | -14,935.18 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | -14,935.18 | -14,935.18 |
| S033 | SONIC PACKAGING IND., INC | | | | | | | |
| IV-033637MFG | 8/13/09 | 14,742.41 | 0.00 | 0.00 | 0.00 | 14,742.41 | 0.00 | 14,742.41 |
| IV-033643MFG | 8/14/09 | 10,553.61 | 0.00 | 0.00 | 0.00 | 10,553.61 | 0.00 | 10,553.61 |
| IV-033713MFG | 8/26/09 | 15,051.53 | 0.00 | 0.00 | 0.00 | 15,051.53 | 0.00 | 15,051.53 |
| IV-033714MFG | 8/26/09 | 13,972.41 | 0.00 | 0.00 | 0.00 | 13,972.41 | 0.00 | 13,972.41 |
| IV-033826MFG | 9/16/09 | 1,593.21 | 0.00 | 0.00 | 1,593.21 | 0.00 | 0.00 | 1,593.21 |
| IV-033906MFG | 9/30/09 | 2,965.56 | 0.00 | 0.00 | 2,965.56 | 0.00 | 0.00 | 2,965.56 |
| IV-033907MFG | 9/30/09 | 15,052.70 | 0.00 | 0.00 | 15,052.70 | 0.00 | 0.00 | 15,052.70 |
| IV-004522AR | 10/30/09 | -27,444.61 | 0.00 | -27,444.61 | 0.00 | 0.00 | 0.00 | -27,444.61 |
| Customer totals: | | | 0.00 | -27,444.61 | 19,611.47 | 54,319.96 | 0.00 | 46,486.82 |
| U008 | UNITED ROOTS LLC. | | | | | | | |
| IV-030787MFG | 7/11/08 | 2,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.00 | 1,550.00 |
| IV-030789MFG | 7/11/08 | 1,779.68 | 0.00 | 0.00 | 0.00 | 0.00 | 1,779.68 | 1,779.68 |
| Customer totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 3,329.68 | 3,329.68 |
| Report totals: | | | -16,461.21 | 136,467.98 | 795,067.04 | 289,126.75 | 123,265.83 | 1,327,466.39 |

# CORWOOD LABORATORIES, INC.

## Schedule of Insurance – 2009-2010

| Coverage | Current Expiration Date | Current Premium |
|---|---|---|
| Commercial Property | 07/01/10 | $58,394.52 |
| Boiler & Machinery | 07/01/10 | Included in Property Premium |
| General Liability | 07/01/10 | $102,429.21 |
| Automobile Coverage | 07/01/10 | $3,450 |
| Umbrella Coverage | 07/01/10 | $35,124 |
| Directors and Officers and EPL | 08/04/10 | $28,750 |
| Directors and Officers and EPL (Extended Report Period) | 08/04/10 | $10,153 |
| Bond (Crime) | 04/01/11 | $326.00 |
| Bond (License & Permit) | 12/31/11 | $520.00 |
| Workers Compensation | 07/01/10 | $7,011.55 |
| TOTALS | | $246,158.28 |

# CORWOOD LABORATORIES, INC.

## Schedule of Insurance – 2009-2010

| Insurance Company Policy Number | Term | Coverage | Limits | Deductible | Premium | Comments |
|---|---|---|---|---|---|---|
| New Hampshire 01LX9271161-3 | 1 Year<br><br>07-01-09<br>to<br>07-01-10 | **All Risk on Real & Personal Property, Business Interruption** | | | $58,270 +<br><br>$124.52 Taxes & Surcharges | Total Insured Value (TIV):<br><br>$37,500,000<br><br>Property Rate: $.1553 per $100.00<br><br>Blanket Building Limits<br>Blanket Contents Limits |
| | | **Loc. 1**<br>**55 Arkay Avenue**<br>**Hauppauge, NY 11788** | | | | |
| | | Building | $ 9,800,000 | $25,000 | | |
| | | Improvements/Betterments | $ 1,200,000 | $25,000 | | |
| | | Personal Prop. of Others | $ 3,000,000 | $25,000 | | |
| | | Business Personal Property | $ 2,500,000 | $25,000 | | |
| | | EDP | $ 500,000 | 24hr. | | |
| | | Business Income | $ 4,800,000 | | | |
| | | **Loc. 2**<br>**55 Adams Avenue**<br>**Hauppauge, NY 11788** | | | | |
| | | Building | $ 3,500,000 | $25,000 | | |
| | | Improvements/Betterments | $ 800,000 | $25,000 | | |
| | | Business Personal Property | $ 6,750,000 | $25,000 | | |
| | | Personal Prop. of Others | $ 500,000 | $25,000 | | |
| | | EDP | $ 300,000 | 24hr. | | |
| | | Business Income | $ 3,200,000 | | | |
| | | **Loc. 3**<br>**64 Oser Avenue**<br>**Hauppauge, NY 11788** | | | | |
| | | Business Personal Property | $ 500,000 | $25,000 | | |
| | | Business Income | $ 150,000 | 24hr. | | |
| | | Earthquake & Flood | $ 1,000,000 | $25,000 | | |
| | | Inland Transit | $ 250,000 | 24hr. | | |
| | | Boiler and Machinery | Included | $50,000 | | |

# CORWOOD LABORATORIES, INC.

## Schedule of Insurance – 2009-2010

| Insurance Company Policy Number | Term | Coverage | Limits | Deductible | Premium | Comments |
|---|---|---|---|---|---|---|
| One Beacon Insurance Co. #710020910002 | 1 Year 07-01-09 To 07-01-10 | **General Liability** | | | $102,424 + $5.21 Taxes & Surcharges (Excluding TRIA) | $28,000,000 (Domestic – Rate 3.65) *Note: Commercial Umbrella policy provides an additional $12,000,000 in coverage* |
| | | Each Occurrence | $1,000,000 | Nil | | |
| | | Products/Completed Opps. | $2,000,000 | | | |
| | | General Aggregate | $2,000,000 | | | |
| | | Personal – Advert./Injury | $1,000,000 | | | |
| | | Fire Damage Legal Liab. | $1,000,000 | | | |
| | | Medical Expenses | $ 5,000 | | | |
| | | Employee Benefits Liab. | $1,000,000 | | | |
| | | Claims Made – Retro Date 10/11/1991 | | $1,000 | | |
| | | Products Recall-Annual Aggregate | $50,000 | $2,500 | | |
| | | Additional Insured Vendors by Written Contract Only | Included | | | |
| | | Additional Insured Managers or Lessors | Included (GE Capital Public Finance and Suffolk Cty Industrial Dev.) | | | |
| Ace Insurance Co. #M00534481 | 1 Year 07-01-09 to 07-01-10 | Commercial Umbrella Ins. Aggregate – where applicable | $12,000,000 | Underlying Insurance | $35,124 | |

# CORWOOD LABORATORIES, INC.

## Schedule of Insurance – 2009-2010

| Insurance Company Policy Number | Term | Coverage | Limits | Deductible | Premium | Comments |
|---|---|---|---|---|---|---|
| One Beacon Insurance Co. #7100202910002 | 1 Year<br>07-01-09<br>to<br>07-01-10 | **Automobile Insurance**<br><br>Liability<br>Hired Auto<br>Non-Owned Auto<br>Broad Form Endorsement<br><br>NY Added PIP<br><br>Collision<br>Comprehensive<br><br>Medical Payments | $1,000,000<br>Covered<br>Covered<br>Included<br><br>$100,000<br><br>Included<br>Included<br><br>$10,000 | $500 Comp. /<br>$500 Coll.<br><br><br><br><br><br>$500.<br>$500. | $3,450 | *Note: Commercial Umbrella policy provides an additional $12,000,000 in coverage*<br><br>Vehicles:<br><br><br>1987 Volvo/FE6 |
| XL Specialty Insurance Co. #ELU112885-09 | 1 Year<br>08-04-09<br>to<br>08-04-10 | **Directors and Officers Employment Practices**<br><br>Management Liability<br>Insuring Agreement A<br>Insuring Agreement B<br>Employment Practices<br>Fiduciary<br>Max Aggregate limit of Liability for all claims under applicable Coverage Parts | <br><br>$2,000,000<br><br><br>$2,000,000<br>$1,000,000<br>$5,000,000 | <br><br>$0<br>$75,000<br>$75,000<br>$25,000 | $28,750 | |
| Travelers #104966232 (Extended Reporting Period) | 1 Year<br>08-04-09<br>to<br>08-04-10 | **Directors and Officers Employment Practices**<br><br>Directors and Officers<br>Employment Practices<br>Fiduciary | <br><br>$2,000,000<br>$2,000,000<br>$1,000,000 | <br><br>$25,000<br>$25,000 | $10,153 | |

# CORWOOD LABORATORIES, INC.

## Schedule of Insurance – 2009-2010

| Insurance Company Policy Number | Term | Coverage | Limits | Deductible | Premium | Comments |
|---|---|---|---|---|---|---|
| Hanover Insurance Co. #BDY8867078 | 3 Year 04-01-08 to 04-01-11 | **Crime** Employee Dishonesty | $250,000 | | $326. | |
| Hartford Insurance Co. #10BSBDU8179 | 2 Year 01-01-09 to 12-31-11 | **Surety** License & Permit | $1,000 | | $520 | |
| NY State Fund #I1258069-2 | 1 Year 07/01/09 To 07/01/10 | **Workers Compensation** Statutory Limits | | | $7,011.55 | Drug, Medicine Mfg – Payroll $324,608 - Rate $2.21 Executive Officers – Payroll $89,700 – Rate $.32 Salespersons, Collectors, Messengers- Payroll $38,285 – Rate $.46 Clerical Office – Payroll $68,857 – Rate $.27 |

**B - 35 - Other personal property of any kind not already listed.**

| Vendor | Prepayment |
|---|---|
| Arbonne | 57,143.67 |
| Bio-Botanica | 25.25 |
| East End Labs (Loren Mondello) | 3,039.40 |
| Jarchem | 570.70 |
| Javic | 84,117.96 |
| Presperse | 1,400.97 |
| Symrise | 2,735.00 |
| TriK Industries | 798.75 |
| Univar | 1,204.00 |
| | 151,035.70 |

B6D (Official Form 6D) (12/07)

In re **Corwood Laboratories, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **Chase Equipment Finance 1111 Polaris Parkway Suite A3 Columbus, OH 43240** | | - | | | Judgment Lien Index No. 2009-47866 | | | | | |
| | | | | | Value $           **0.00** | | | | **436,786.55** | **Unknown** |
| Account No. **4163796-004** **GE Capital PO Box 640387 Pittsburgh, PA 15264-0387** | X | - | | | 1/2006 Equipment Lease Symex | | | | | |
| | | | | | Value $           **0.00** | | | | **865,884.60** | **Unknown** |
| Account No. **90133582183** **GE Capital PO Box 642111 Pittsburgh, PA 15264-2111** | X | - | | | 4/2005 Equipment Lease copiers / faxes | | | | | |
| | | | | | Value $           **0.00** | | | | **7,521.85** | **Unknown** |
| Account No. **General Electric Capital Attn: Dale Shores 3 Capital Drive Mail Station 1-3671 Eden Prairie, MN 55344** | X | - | | | credit extended | | | | | |
| | | | | | Value $           **Unknown** | | | | **22,000.00** | **Unknown** |
| __**1**__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **1,332,193.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,  Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | | |
| Account No. **703356183** | | | | | **9/2009** | | | | | |
| | | | | | **Judgment Lien** | | | | | |
| **JP Morgan Chase** **c/o Farrell Fritz, P.C.** **Attn: Ted Berkowitz, Esq.** **1320 RXR Plaza** **Uniondale, NY 11556** | - | | | | **line of credit** **Index No. 09-30721** | | | | | |
| | | | | | Value $          **0.00** | | | | **2,348,396.52** | **Unknown** |
| Account No. | | | | | **Judgment Lien** | | | | | |
| | | | | | **Index No. 2009-47866** | | | | | |
| **JP Morgan Chase** **c/o Farrell Fritz, P.C.** **Attn: Ted Berkowitz, Esq.** **1320 RXR Plaza** **Uniondale, NY 11556** | - | | | | | | | | | |
| | | | | | Value $          **12,877.48** | | | | **12,877.48** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **2,361,274.00** | **0.00** |
| --- | --- | --- | --- |
| | Total (Report on Summary of Schedules) | **3,693,467.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Corwood Laboratories, Inc.**                                              ,     Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__3__     continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____ ,   Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | possible Class Action matter | | | | | |
| **Carl Matzen** **c/o Outten & Golden, LLP** **Attn: Jack Raisner, Esq.** **3 Park Ave., 29th Floor** **New York, NY 10016** | - | | | X | X | X | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | unpaid commissions 2009 | | | | | |
| **Joe Tempone** **570 N. 7th Street** **New Hyde Park, NY 11040** | - | | | | | | **5,000.00** | **0.00** / **5,000.00** |
| Account No. | | | unpaid commissions 2008 and 2009 | | | | | |
| **Patti Shepard** **522 Sperry Blvd.** **New Hyde Park, NY 11040** | - | | | | | | **21,370.79** | **10,420.79** / **10,950.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  **26,370.79**   **10,420.79** / **15,950.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                      Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Corwood Labs Pension Plan 55 Arkay Drive Hauppauge, NY 11788** | - | | pension plan | | | | 1,164,216.99 | Unknown | Unknown |
| Account No. **Prod. Svc./Sales Health Fund Local 815S c/o Pitta & Giblin LLP Attn: Michael J. D'Angelo Esq. 120 Broadway, 28th Floor New York, NY 10271** | - | | contributions to employee health benefit fund   March 2009 - July 2009 Index # 09-4715 | | | X | 129,700.00 | 0.00 | 129,700.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 1,293,916.99 | 129,700.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                          ,        Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **Suffolk County Sewer District 335 Yaphank Avenue Yaphank, NY 11980** | - | | | 1/2009 - 9/2009 55 Adams Avenue service | | | X | 1,061.00 | 0.00 | 1,061.00 |
| Account No. **Suffolk County Sewer District 335 Yaphank Avenue Yaphank, NY 11980** | - | | | 1/08 - 12/08 55 Adams Ave. $28,690. 1/09 - 9/09 55 Adams   $20,248. 1/09-9/09 55 Arkay   $4,511.92 | | | X | 53,449.92 | 0.00 | 53,449.92 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet  **3**  of  **3**  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | | 0.00 |
| | | 54,510.92 | 54,510.92 |
| | Total | | 10,420.79 |
| | (Report on Summary of Schedules) | 1,374,798.70 | 200,160.92 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Corwood Laboratories, Inc.**                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| **A.W.C. (JFK) Inc.** **167-10 South Conduit** **Jamaica, NY 11434** | - | | | | | | | | 1,092.61 |
| Account No. | | | | | credit extended | | | | |
| **ABA Packaging Co.** **740 Blue Point Road** **Holtsville, NY 11742** | - | | | | | | | | 2,686.52 |
| Account No. | | | | | credit extended | | | | |
| **Abel Womack Inc.** **164 Milbar Blvd** **Farmingdale, NY 11735** | - | | | | | | | | 5,040.31 |
| Account No. | | | | | credit extended | | | | |
| **Abitec Corporation** **1530 S. Jackson Street** **Janesville, WI 53546** | - | | | | | | | | 95.25 |

__63__  continuation sheets attached

Subtotal
(Total of this page)                    8,914.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:30054-091120    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| ACETO Corp. One Hollow Lane New Hyde Park, NY 11042-1215 | | - | | | | | | | |
| | | | | | | | | | 2,288.20 |
| Account No. | | | | | credit extended | | | | |
| Active Concepts LLC 121 Ethel Road West Piscataway, NJ 08854 | | - | | | | | | | |
| | | | | | | | | | 1,500.00 |
| Account No. | | | | | credit extended | | | | |
| Active Organics PO Box 846300 Dallas, TX 75284-6360 | | - | | | | | | | |
| | | | | | | | | | 58,151.53 |
| Account No. | | | | | deposit | | | | |
| Acupac Packaging PO Box 1111 Port Jervis, NY 12771 | | - | | | | | | | |
| | | | | | | | | | 94,721.00 |
| Account No. | | | | | credit extended | | | | |
| Adelphia Container 125 Division Place Brooklyn, NY 11222 | | - | | | | | | | |
| | | | | | | | | | 19,423.50 |

Sheet no. __1__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **176,084.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____ ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| **Agilex Flavors & Fragrances** **140 Centennial Ave.** **Piscataway, NJ 08854** | - | | | | | | | | 118.00 |
| Account No. | | | | | credit extended | | | | |
| **Air Products & Chemicals** **Dept. CH 10256** **Palatine, IL 60055-0256** | - | | | | | | | | 2,596.00 |
| Account No. | | | | | credit extended | | | | |
| **Airweld, Inc.** **94 Marine St.** **Farmingdale, NY 11735** | - | | | | | | | | 720.72 |
| Account No. | | | | | credit extended | | | | |
| **Ajinomoto U.S.A.** **400 Kelby Street** **Fort Lee, NJ 07024** | - | | | | | | | | 15,661.20 |
| Account No. | | | | | credit extended | | | | |
| **Akzo Nobel Chemical** **Attn: Alan Cozzi, Esq** **PO Box 905361** **Charlotte, NC 28290-5361** | - | | | | | | | | 693.90 |

Sheet no. __**2**__ of __**63**__ sheets attached to Schedule of          Subtotal          | 19,789.82 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                                      ,     Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| **All American Hardware 678 Motor Parkway Hauppauge, NY 11788** | - | | | | | | | | 283.60 |
| Account No. | | | | | credit extended | | | | |
| **All Ingredients Plus 22 Arrowwood Lane Melville, NY 11747** | - | | | | | | | | 7,000.01 |
| Account No. | | | | | credit extended | | | | |
| **Alzo International Attn: Albert Zofchak, Pres. 650 Jernee Mill Road Sayreville, NJ 08872** | - | | | | | | | | 13,114.08 |
| Account No. | | | | | credit extended | | | | |
| **AM Logistics PO Box 2244 Riverton, NJ 08077** | - | | | | | | | | 1,335.00 |
| Account No. | | | | | credit extended | | | | |
| **American Casein Co. PO Box 827490 Philadelphia, PA 19182-7490** | - | | | | | | | | 255.00 |

Sheet no. __3__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,987.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | credit extended | | | | |
| American Distilling PO Box 319 East Hampton, CT 06424 | | - | | | | | | | 350.25 |
| Account No. | | | | | credit extended | | | | |
| American Ingredients Attn: Andrea Bauer 265 Harrison Avenue Hoboken, NJ 07030 | | - | | | | | | | 1,149.00 |
| Account No. | | | | | credit extended | | | | |
| Ametek Inc. 8600 Somerset Dr. Largo, FL 33773 | | - | | | | | | | 104.31 |
| Account No. | | | | | credit extended | | | | |
| Andler South Corp. 102 East Parkway Egg Harbor Township, NJ 08234 | | - | | | | | | | 6,412.36 |
| Account No. | | | | | Noticing purposes only | | | | |
| Apriori Beauty 26651 Cabot Road Auite A Laguna Hills, CA 92653 | | - | | | | | | | 0.00 |

Sheet no. __4__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,015.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                                      ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | credit extended | | | | |
| Aqualon Co. 1313 north Market street Wilmington, DE 19894 | | - | | | | | | 630.00 |
| Account No. | | | | credit extended | | | | |
| Arbill Glove & Safety Prod. PO Box 820542 Philadelphia, PA 19182-0542 | | - | | | | | | 1,919.36 |
| Account No. | | | | credit extended subject to setoff      Subject to setoff. | | | X | |
| Arbonne International Attn: Greg Chambers, V.P. 9400 Jeronimo Road Irvine, CA 92618 | | - | | | | | | 147,633.84 |
| Account No. | | | | credit extended | | | | |
| Arbor Industries 101 Dominion Blvd. Ronkonkoma, NY 11779 | | - | | | | | | 3,154.99 |
| Account No. | | | | credit extended | | | | |
| Arbor Organics, LLC 107 technology Drive Lincolnton, NC 28092 | | - | | | | | | 205.70 |

Sheet no. __5__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

153,543.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Arch Personal Care (Brooks Ind.) 70 Tyler Place South Plainfield, NJ 07080 | | - | | | | | | | 15,710.78 |
| Account No. | | | | | credit extended | | | | |
| Arjay Co. 1030 Grand Blvd. Deer Park, NY 11729 | | - | | | | | | | 1,939.75 |
| Account No. | | | | | credit extended | | | | |
| Arkema Inc. 2000 Market Street Philadelphia, PA 19103 | | - | | | | | | | 10.00 |
| Account No. | | | | | credit extended | | | | |
| Artube (Iridium Industries Inc. ) 1 Forge Road East Stroudsburg, PA 18301 | | - | | | | | | | 6,467.45 |
| Account No. | | | | | credit extended | | | | |
| Arylessence 1091 Lake Drive Marietta, GA 30066-1073 | | - | | | | | | | 369.16 |

Sheet no. __6___ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,497.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.**                                        ,    Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| Ashland Distribution Co. 5200 Paul. Blazer Place Dublin, OH 43017 | - | | | | | | 63,125.87 |
| Account No. | | | credit extended | | | | |
| Aspen Publishers Attn: Accts. Receivable 4829 Innovation Way Chicago, IL 60682-0048 | - | | | | | | 126.33 |
| Account No. | | | credit extended | | | | |
| Atlantic Gelatin Hill Street Woburn, MA 01801 | - | | | | | | 144.50 |
| Account No. | | | credit extended | | | | |
| Atlantic Specialty PO Box 94619 Cleveland, OH 44101-4619 | - | | | | | | 8,829.27 |
| Account No. | | | credit extended | | | | |
| Atley Pharmaceutical 10511 Old Ridge Road Ashland, VA 23005 | - | | | | | | 3,950.00 |

Sheet no. __7__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,175.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Auto-Mate Technologies LLC** **Attn: Ken Herzog** **34 Hinda Blvd.** **Riverhead, NY 11901** | | - | | | | | 187.12 |
| Account No. | | | credit extended | | | | |
| **B&C Industries** **55 Onderdonk Ave.** **Ridgewood, NY 11385** | | - | | | | | 10,775.40 |
| Account No. | | | credit extended | | | | |
| **Barnet Products** **140 Sylvan Avenue** **Englewood Cliffs, NJ 07632** | | - | | | | | 59,621.25 |
| Account No. | | | credit extended | | | | |
| **BASF (Englehard) Corp.** **1057 Lower South Street** **Peekskill, NY 10566** | | - | | | | | 39,360.06 |
| Account No. | | | credit extended | | | | |
| **Battlechem** **PO Box 73218** **San Clemente, CA 92673** | | - | | | | | 90.00 |

Sheet no. __8__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,033.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| **BD Briggs**<br>**31 Richboynton Road**<br>**Dover, NJ 07801** | - | | | | | | | | 14,751.28 |
| Account No. | | | | | credit extended | | | | |
| **Beardslee Transmission Equipment**<br>**680 Old Willets Path**<br>**Hauppauge, NY 11788** | - | | | | | | | | 19.71 |
| Account No. | | | | | credit extended | | | | |
| **Bell Container Co.**<br>**615 Ferry Street**<br>**Newark, NJ 07105** | - | | | | | | | | 6,917.78 |
| Account No. | | | | | credit extended | | | | |
| **Bell Flavors & Fragrance**<br>**500 Academy Drive**<br>**Northbrook, IL 60062** | - | | | | | | | | 13,106.52 |
| Account No. | | | | | Noticing purposes only | | | | |
| **Bentley Laboratories LLC**<br>**111 Fieldcrest Ave.**<br>**Edison, NJ 08837-3622** | - | | | | | X | X | X | Unknown |

Sheet no. __9__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    34,795.29

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                          ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Berje Inc. 5 Lawrence St. Bloomfield, NJ 07003 | - | | | | | | | | 11,810.65 |
| Account No. | | | | | credit extended | | | | |
| Best-Temp Mechanical 1755 Julia Goldbach Ronkonkoma, NY 11779 | - | | | | | | | | 1,876.19 |
| Account No. | | | | | credit extended | | | | |
| Bestech GMP Contracting 29 Bruce Lane North Kings Park, NY 11754 | - | | | | | | | | 123,424.25 |
| Account No. | | | | | credit extended | | | | |
| Beyer Graphics 30 Austin Blvd. Commack, NY 11725 | - | | | | | | | | 45,523.57 |
| Account No. | | | | | credit extended | | | | |
| Biosil Technologies Inc. Attn: Celeste 80 Commerce Dr. Allendale, NJ 07401 | - | | | | | | | | 2,480.00 |

Sheet no. __10__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

185,114.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                          Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Brentag Northeast Inc. 81 West Huller lane Reading, PA 19605 | - | | | | | | | | 12,567.35 |
| Account No. | | | | | credit extended | | | | |
| Brentag Specialties Inc. Mineral & Pigments 100 Coolidge St. South Plainfield, NJ 07080-1000 | - | | | | | | | | 5,732.00 |
| Account No. | | | | | credit extended | | | | |
| Brookfield Engineering Labs 240 Cushing St. Stoughton, MA 02072 | - | | | | | | | | 122.78 |
| Account No. | | | | | credit extended | | | | |
| Cablevision 1111 Stewart Avenue Bethpage, NY 11714 | - | | | | | | | | 74.90 |
| Account No. | | | | | litigation | | | | |
| Callahan Chemical 200 Industrial Ave. Bridgewater, NJ 08807 | - | | | | | X | X | X | 44,960.87 |

Sheet no. __11__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     63,457.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.** _____,    Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | credit extended | | | | |
| Career Builder.com 200 N. LaSalle St., Ste. 1100 Chicago, IL 60601 | - | | | | | | | 1,950.00 |
| Account No. | | | | credit extended | | | | |
| Caribbean Natural Products 26 Commerce Road Fairfield, NJ 07004 | - | | | | | | | 2,214.10 |
| Account No. | | | | credit extended | | | | |
| Carisle International 1461 Monterey Drive Glenview, IL 60026 | - | | | | | | | 512.00 |
| Account No. | | | | credit extended | | | | |
| Carow International Inc. 7810 Virginia Road Crystal Lake, IL 60014 | - | | | | | | | 10,073.92 |
| Account No. | | | | credit extended | | | | |
| Carrubba 70 Research Drive Milford, CT 06460 | - | | | | | | | 9,641.50 |

Sheet no. __12__ of __63__ sheets attached to Schedule of           Subtotal           24,391.52
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                          ,     Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Centerchem Inc. 20 Glover Avenue Norwalk, CT 06851 | | - | | | | | | | 64,505.10 |
| Account No. | | | | | credit extended | | | | |
| Charkit Chemical PO Box 90 Norwalk, CT 06854 | | - | | | | | | | 19,705.06 |
| Account No. | | | | | credit extended | | | | |
| Charles B. Chyrstal Co. Attn: Peter D. Schnur 30 Vesey Street New York, NY 10007 | | - | | | | | | | 527.00 |
| Account No. | | | | | credit extended | | | | |
| Chattam Tech 3708 St. Elmo Ave. Chattanooga, TN 37409 | | - | | | | | | | 2,967.00 |
| Account No. | | | | | credit extended | | | | |
| Chempoint 411 108th Avenue NE Bellevue, WA 98004 | | - | | | | | | | 15,789.75 |

Sheet no. __13__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **103,493.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**
_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| CJ Pest Control 47 Wyandanch Blvd Smithtown, NY 11787 | | - | | | | | | | 2,172.48 |
| Account No. | | | | | Noticing purposes only | | | | |
| Coface Collections, N. A. Attn: Edith Roy PO Box 8471 Metairie, LA 70011 | | - | | | | | | | 0.00 |
| Account No. | | | | | credit extended | | | | |
| Colonial Chemical 225 Colonial Drive South Pittsburg, TN 37380 | | - | | | | | | | 913.53 |
| Account No. | | | | | summons and complaint filed | | | | |
| Compax 389 S. Orange St. PO Box 27287 Salt Lake City, UT 84127 | | - | | | | X | X | X | 75,409.97 |
| Account No. | | | | | credit extended | | | | |
| Con-Way Freight PO Box 5160 Portland, OR 97208-5160 | | - | | | | | | | 111.59 |

Sheet no. __14__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **78,607.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                         ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Consolidated Plastics Co.** **8181 Darrow Road** **Twinsburg, OH 44087** | - | | | | | | 99.70 |
| Account No. | | | credit extended | | | | |
| **Continental Aromatics** **1 thomas Road South** **Hawthorne, NJ 07506** | - | | | | | | 695.52 |
| Account No. | | | Noticing purposes only | | | | |
| **Cosmetic Dermatology Inc.** **c/o Rosenthal Rosenthal et al** **One Aventura** **20900 N.E. 30th Ave., Ste. 600** **Miami, FL 33180** | - | | | | | | Unknown |
| Account No. | | | credit extended | | | | |
| **Cosmo Intn'l Fragrances** **Attn: Accounts Receivable** **601 Fairway Drive** **Deerfield Beach, FL 33441** | - | | | | | | 704.00 |
| Account No. | | | credit extended | | | | |
| **Coyne Chemical** **Attn: Donna** **125 Witman Road** **Reading, PA 19605** | - | | | | | | 1,475.50 |

Sheet no. __15__ of __63__ sheets attached to Schedule of        Subtotal        2,974.72
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Croda Inc.** **300-A Columbus Circle** **Edison, NJ 08837-3907** | - | | | | | | 38,549.10 |
| Account No. | | | credit extended | | | | |
| **CT Networks** **125 Wireless Blvd.** **Hauppauge, NY 11788** | - | | | | | | 6,040.49 |
| Account No. | | | credit extended | | | | |
| **Custom Essence** **53 Veronica Avenue** **Somerset, NJ 08873** | - | | | | | | 6,586.28 |
| Account No. | | | credit extended | | | | |
| **D D Chemco Inc.** **Attn: K. Lubin, Controller** **21717 Nordhoff St.** **Chatsworth, CA 91311** | - | | | | | | 5,667.70 |
| Account No. | | | credit extended | | | | |
| **D'Arcy Laboratories** **2015 Southwest Second St.** **Pompano Beach, FL 33069** | - | | | | | | 12,087.90 |

Sheet no. __**16**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,931.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Corwood Laboratories, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Delbia Do Company** **2550 Park Avenue** **Bronx, NY 10451** | | - | | | | | 597.00 |
| Account No. | | | credit extended | | | | |
| **Desert Whale Jojoba** **PO Box 41594** **Tucson, AZ 85717-1594** | | - | | | | | 1,720.95 |
| Account No. | | | credit extended | | | | |
| **Dewolf Chemical** **400 Massasoit Ave.** **East Providence, RI 02914** | | - | | | | | 12,517.95 |
| Account No. | | | credit extended | | | | |
| **DH Litter, Inc.** **116 East 16th Street** **New York, NY 10003** | | - | | | | | 27,203.15 |
| Account No. | | | credit extended | | | | |
| **Diamond Ink & Toner** **21 Westwood Lane** **Kings Park, NY 11754** | | - | | | | | 329.72 |

Sheet no. __**17**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,368.77

B6F (Official Form 6F) (12/07) - Cont.

In re _____**Corwood Laboratories, Inc.**_____,          Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Dickson Co.**<br>**930 S. Westwood Ave.**<br>**Addison, IL 60101** | | - | | | | | 328.00 |
| Account No. | | | credit extended | | | | |
| **Domaine D'Argeville**<br>**BP402-06254**<br>**Mougins Cedex**<br>**FRANCE** | | - | | | | | 2,410.35 |
| Account No. | | | deposit | | | | |
| **Dragontree Labs**<br>**205 12th St. North**<br>**Brigantine, NJ 08203** | | - | | | | | 20,373.00 |
| Account No. | | | credit extended | | | | |
| **DSM Nutritional Products**<br>**45 Waterview Blvd.**<br>**Parsippany, NJ 07054** | | - | | | | | 10,465.00 |
| Account No. | | | credit extended | | | | |
| **Earth Supplied Products**<br>**1092 Business Lane**<br>**Naples, FL 34110** | | - | | | | | 1,696.60 |

Sheet no. __**18**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   35,272.95

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Corwood Laboratories, Inc._____ ,    Case No. _____
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | deposit | | | | |
| Eastern Marble & Granite 2353 Beryllium Road Scotch Plains, NJ 07076 | | | | | | | | | 2,235.00 |
| Account No. | | | - | | credit extended | | | | |
| Echo Global Logistics 22168 Network Place Chicago, IL 60673 | | | | | | | | | 6,371.09 |
| Account No. | | | - | | credit extended | | | | |
| Electric Battery Corp. Attn: Paul Wienowski 178-15 11th Road Jamaica, NY 11434 | | | | | | | | | 319.99 |
| Account No. | | | - | | credit extended | | | | |
| Elias Fragrances, Inc. Attn: Robert Elias 999 East 46th St. Brooklyn, NY 11203-6595 | | | | | | | | | 2,065.76 |
| Account No. | | | - | | credit extended | | | | |
| EMD Chemicals 480 S. Democrat Rd. Gibbstown, NJ 08027 | | | | | | | | | 398.12 |

Sheet no. __19__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,389.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Essential Ingredients** **2408 Tech Center** **Lawrenceville, GA 30043** | | - | | | | | 20,061.17 |
| Account No. | | | credit extended | | | | |
| **Estes Express Lines** **PO Box 25612** **Richmond, VA 23260-5612** | | - | | | | | 7,225.97 |
| Account No. | | | credit extended | | | | |
| **Ettleman & Hochheiser** **100 Quentin Roosevelt Blvd.** **Suite 401** **Garden City, NY 11530** | | - | | | | | 36,306.32 |
| Account No. | | | credit extended | | | | |
| **Excelsior Security** **4250 Veteran Memorial Hwy** **Holbrook, NY 11741** | | - | | | | | 1,629.38 |
| Account No. | | | credit extended | | | | |
| **Expac Corporation** **2 University Plaza** **Hackensack, NJ 07601** | | - | | | | | 18,380.88 |

Sheet no. __20__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **83,603.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Noticing purposes only | | | | |
| Farrell Fritz P.C. Attn: Ted Berkowitz, Esq. 1320 RXR Plaza Uniondale, NY 11556 | - | | | | | | | | 0.00 |
| Account No. | | | | | credit extended | | | | |
| Federal Express PO Box 371461 Pittsburgh, PA 15250 | - | | | | | | | | 80.32 |
| Account No. | | | | | credit extended | | | | |
| Fisher Scientific 3970 Johns Creek Court Suwanee, GA 30024 | - | | | | | | | | 11,856.73 |
| Account No. | | | | | credit extended | | | | |
| Fleurin Fragrances PO Box 11106 Greenwich, CT 06831-1106 | - | | | | | | | | 1,683.00 |
| Account No. | | | | | credit extended | | | | |
| FMC Biopolymer 1735 Market Street Pittsburgh, PA 15250-6153 | - | | | | | | | | 1,155.99 |

Sheet no. __21__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,776.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                          ,        Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Frutarom Inc. 9500 Railroad Avenue North Bergen, NJ 07047-1422 | | - | | | | | | | 954.25 |
| Account No. | | | | | credit extended | | | | |
| Gattefosse Corp. AttnL: Theesa Frasche 1650 From Road Paramus, NJ 07652 | | - | | | | | | | 763.50 |
| Account No. | | | | | credit extended | | | | |
| GE Analytical Instruments Attn:  Kim Snider, Controller 6060 Spine Road Boulder, CO 80301 | | - | | | | | | | 3,702.17 |
| Account No. | | | | | | | | | |
| GE Capital Public Finance Attn: VP Risk Management 8400 Normandale Lake Blvd. Suite 470 Minneapolis, MN 55437 | X | - | | | | X | X | X | Unknown |
| Account No. | | | | | credit extended | | | | |
| Givaudan Fragrance 1775 Windsor Road Teaneck, NJ 07666 | | - | | | | | | | 1,457.56 |

Sheet no. __22__ of __63__ sheets attached to Schedule of          Subtotal          6,877.48
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____ ,  Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Global Industrial Equip. 22 Harbor Park Dr. Port Washington, NY 11050 | | - | | | | | | | 320.07 |
| Account No. | | | | | credit extended | | | | |
| Grainger, Inc. 199 Orville Drive Bohemia, NY 11716 | | - | | | | | | | 783.89 |
| Account No. 80692-1 | | | | | credit extended | | | | |
| Grant Industries 125 Main Avenue Elmwood Park, NJ 07407 | | - | | | | | | | 19,844.00 |
| Account No. | | | | | | | | | |
| Guthy-Renker, LLC 41-550 Eclectic St. Suite 200 Palm Desert, CA 92260 | | - | | | | X | X | X | 689,512.00 |
| Account No. | | | | | credit extended | | | | |
| Hach Ultra Analytical 481 California Ave. Grants Pass, OR 97526 | | - | | | | | | | 3,309.75 |

Sheet no. __23__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    713,769.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.**                                    ,     Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Haley Trucking Corp.** **515 Gardner Ave.** **Brooklyn, NY 11222** | | - | | | | | 1,178.20 |
| Account No. | | | Noticing purposes only | | | | |
| **Hamburger, Maxson, et al.** **for REP A8 LLC** **Attn: Lane T. Maxson, Esq.** **225 Broadhollow Rd., Ste. 301E** **Melville, NY 11747** | | - | | | | | 0.00 |
| Account No. | | | deposit | | | | |
| **Hardcap LLC** **754 Fifth Avenue** **New York, NY 10019** | | - | | | | | 2,389.00 |
| Account No. | | | Noticing purposes only | | | | |
| **Herrick Feinstein LLp** **Attn: John Oleske, Esq.** **2 Park Avenue** **New York, NY 10016** | | - | | | | | 0.00 |
| Account No. | | | credit extended | | | | |
| **HiLo Yale Industries** **345 Oser Avenue** **Hauppauge, NY 11788** | | - | | | | | 410.48 |

Sheet no. __24__ of __63__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)          3,977.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.**                                                      ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **08-8133809** | | | | | loan | | | | |
| **HSBC Bank**<br>**Commercial Loan Svcs.**<br>**Suite 0002**<br>**Buffalo, NY 14270-0002** | X | - | | | | | | | 125,000.00 |
| Account No. | | | | | credit extended | | | | |
| **ICMAD**<br>**1220 West Northwest**<br>**Palatine, IL 60067-1803** | | - | | | | | | | 1,852.70 |
| Account No. | | | | | royalties | | | | |
| **Ideate LLC**<br>**Attn: Suk Cho**<br>**2610 W. Charlotte Drive**<br>**Idaho Falls, ID 83402** | | - | | | | | | | 5,000.00 |
| Account No. | | | | | credit extended | | | | |
| **IKEDA Corp.**<br>**4410 Austin Blvd.**<br>**Island Park, NY 11558** | | - | | | | | | | 3,055.00 |
| Account No. | | | | | credit extended | | | | |
| **Impress Communications**<br>**9320 Lurline Avenue**<br>**Chatsworth, CA 91311** | | - | | | | | | | 10,474.95 |

Sheet no. __25__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **145,382.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                                          ,        Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | credit extended | | | | |
| Independant Chemical Corp. 79-51 Cooper Avenue Glendale, NY 11385-7592 | - | | | | | | | 19,045.85 |
| Account No. | | | | credit extended | | | | |
| Infintec USA Inc. 12 Shinnecock Road East Quogue, NY 11942 | - | | | | | | | 2,750.00 |
| Account No. | | | | credit extended | | | | |
| Infor Global Solutions PO Box 933774 Atlanta, GA 31193-3774 | - | | | | | | | 11,494.86 |
| Account No. | | | | credit extended | | | | |
| Inkjet Inc. 11111 Inkjet Way Willis, TX 77378 | - | | | | | | | 274.00 |
| Account No. | | | | credit extended | | | | |
| Inner Pak 116 West Avenue Patchogue, NY 11772 | - | | | | | | | 1,095.42 |

Sheet no. __26__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,660.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| Innovative Mailing & Shipping Sytems 415 Oser Avenue, Ste. K Hauppauge, NY | - | | | | | | 200.96 |
| Account No. | | | credit extended | | | | |
| Intarome Fragrance 370 Chestnut Street Norwood, NJ 07648 | - | | | | | | 10,808.50 |
| Account No. | | | credit extended | | | | |
| Integrity Ingredients PO Box 5040 Playa Del Rey, CA 90296 | - | | | | | | 288.82 |
| Account No. | | | credit extended | | | | |
| International Sourcing 779 Susquehanna Ave. Franklin Lakes, NJ 07417 | - | | | | | | 2,757.46 |
| Account No. | | | credit extended | | | | |
| Intrapac 20 Ashton Avenue Swedesboro, NJ 08085 | - | | | | | | 4,809.34 |

Sheet no. __27__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,865.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Noticing purposes only | | | | |
| Ira Newman, DDS 1044 Northern Blvd. Roslyn, NY 11576 | | - | | | | | 0.00 |
| Account No. | | | loan Insider | | | | |
| Irwin Thaler 93 Buttonwood Drive Dix Hills, NY 11746 | | - | | | | | 965,017.83 |
| Account No. | | | credit extended | | | | |
| ISP Technologies Attn: Tom Conforti 1361 Alps Road, Bldg 8-3 Wayne, NJ 07470 | | - | | | | | 73,399.69 |
| Account No. | | | credit extended | | | | |
| Jackson Lewis LLP One North Broadway White Plains, NY 10601 | | - | | | | | 1,000.00 |
| Account No. | | | Index No.: 01992/2009 | | | | |
| Jane Numeroff Eisenpresser c/o Joseph M. Lichtenstein, PC 170 Old Country Rd., Ste. 301 Mineola, NY 11501 | | - | | X | X | X | Unknown |

Sheet no. __28__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,039,417.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Corwood Laboratories, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | litigation | | | | |
| Javic LLC c/o Herrick Feinstein LLP Attn:  John Oleske 2 Park Avenue New York, NY 10016 | - | | | | | X | X | X | 687,555.20 |
| Account No. | | | | | credit extended | | | | |
| Jeen International 24 Madison Road Fairfield, NJ 07004 | - | | | | | | | | 3,012.40 |
| Account No. | | | | | Index No.:  28806/2009 | | | | |
| Jet Uniform Rental PO Box 417 Huntington Station, NY 11746 | - | | | | | X | X | X | 65,036.61 |
| Account No. | | | | | credit extended | | | | |
| Kaps-All Packaging Attn: Ken Herzog 200 Mill Road Smithtown, NY 11787 | - | | | | | | | | 1,134.40 |
| Account No. | | | | | travel & expense reimbursement | | | | |
| Kenneth Dow 1886 Wisteria Circle Bellport, NY 11713 | - | | | | | | | | 8,749.98 |

Sheet no. __29__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

765,488.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Key Equipment Finance 11030 Circle Point Road, 2nd Floor Broomfield, CO 80020 | | - | | | | | | | 189.01 |
| Account No. | | | | | credit extended | | | | |
| Kinetik Technology 8 Crown Plaza Hazlet, NJ 07730 | | - | | | | | | | 4,631.30 |
| Account No. | | | | | credit extended | | | | |
| King & Spalding PO Box 116133 Atlanta, GA 30368-6133 | | - | | | | | | | 8,866.28 |
| Account No. | | | | | credit extended | | | | |
| Kleen Test Products 1611 Sunset Road Port Washington, WI 53074 | | - | | | | | | | 11,300.63 |
| Account No. | | | | | credit extended | | | | |
| KOBO Products 607 Montrose Avenue South Plainfield, NJ 07080 | | - | | | | | | | 16,682.60 |

Sheet no. __30__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **41,669.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.** _____,    Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Koster Keunen Inc.** **1021 Echo Lake Road** **Watertown, CT 06795-0069** | | - | | | | | 536.25 |
| Account No. | | | service agreement | | | | |
| **Kronos Inc.** **297 Billerica Road** **Chelmsford, MA 01824** | | - | | | | | 5,236.83 |
| Account No. | | | credit extended | | | | |
| **Kroy Direct** **3830 Kelley Avenue** **Cleveland, OH 44114** | | - | | | | | 2,157.32 |
| Account No. | | | credit extended | | | | |
| **Kuehne & Nagel** **10 Exchange Place** **Jersey City, NJ 07302** | | - | | | | | 1,123.53 |
| Account No. | | | credit extended | | | | |
| **L & L Graphics** **1568-3 Ocean Avenue** **Bohemia, NY 11716** | | - | | | | | 740.05 |

Sheet no. __31__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,793.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | credit extended | | | | |
| **L & L Industries 419 Main Street Huntington Beach, CA 92648** | | | | | | | | **1,420.00** |
| Account No. | | - | | credit extended | | | | |
| **L'Onvie Inc. 49 Wireless Blvd Hauppauge, NY 11788** | | | | | | | | **6,092.28** |
| Account No. | | - | | royalties | | | | |
| **L'Onvie Inc. Attn: Tian Wang 49 Wireless Blvd. Hauppauge, NY 11788** | | | | | | | | **29,000.00** |
| Account No. | | - | | credit extended | | | | |
| **Lab Safety Supply PO Box 1368 Janesville, WI 53547-1368** | | | | | | | | **419.99** |
| Account No. | | - | | credit extended | | | | |
| **LDJ Associates 22 Roxbury Ave. Plainview, NY 11803** | | | | | | | | **2,517.95** |

Sheet no. __**32**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **39,450.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____ ,   Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Lee Hanson Sprinkler Systems** **68 Vanderwater Street** **Farmingdale, NY 11735** | - | | | | | | 524.12 |
| Account No. | | | summons and complaint filed 10/2009 Index No.:  2259/2009 | | | | |
| **LIPO Chemicals Inc.** **PO Box 35202** **Newark, NJ 07193-5202** | - | | | X | X | X | 30,399.05 |
| Account No. | | | credit extended | | | | |
| **Lipoid LLC** **744 Broad Street** **Newark, NJ 07102** | - | | | | | | 310.69 |
| Account No. | | | credit extended | | | | |
| **LLT Products** **PO Box 4103** **South Bend, IN 46634** | - | | | | | | 142.38 |
| Account No. | | | Noticing purposes only | | | | |
| **Local 300 S Production Service Sales District Council** **Jim Robinson - Business Agent** **9201 4th Ave.** **Brooklyn, NY 11209** | - | | | | | | 0.00 |

Sheet no.  __**33**__  of  __**63**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **31,376.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | commissions | | | | |
| Loren Mondello c/o East End Labs 18 Winthrop Court Blue Point, NY 11715 | - | | | | X | X | X | 25,426.00 |
| Account No. | | | | unpaid commissions 2008 Insider | | | | |
| Lori Thaler 270 West End Ave. 5-S New York, NY 10023 | - | | | | | | | 61,895.19 |
| Account No. | | | | Insider | | | | |
| Lori-Lynn Realty LLC c/o Shirley Thaler 93 Buttonwood Drive Dix Hills, NY 11746 | - | | | | | | | 44,037.26 |
| Account No. | | | | credit extended Insider | | | | |
| Lori-Lynn Realty LLC c/o Shirley Thaler 93 Buttonwood Drive Dix Hills, NY 11746 | - | | | | | | | 22,083.33 |
| Account No. | | | | Remainder of Lease term to April 30, 2020 Insider | | | | |
| Lori-Lynn Realty LLC c/o Shirley Thaler 93 Buttonwood Drive Dix Hills, NY 11746 | - | | | | | | | 7,269,057.50 |

Sheet no. __**34**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,422,499.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | credit extended | | | | |
| Loricon Testing Svcs. 55 Highway 36 Keyport, NJ 07735 | - | | | | | | | 59,310.00 |
| Account No. | | | | credit extended | | | | |
| Lubrizol Advanced Materials 9911 Brecksville Rd. Brecksville, OH 44141 | - | | | | | | | 847.50 |
| Account No. | | | | credit extended | | | | |
| Luxuriant LLC 133 East Alton Ave. Santa Ana, CA 92707 | - | | | | | | | 8,039.04 |
| Account No. | | | | credit extended | | | | |
| M.M.P. Inc. Attn: Victor Watson 3470 South Clinton South Plainfield, NJ 07080 | - | | | | | | | 990.32 |
| Account No. | | | | credit extended | | | | |
| Mach 1, Inc. 340 East Church St. King Of Prussia, PA 19406 | - | | | | | | | 3,315.00 |

Sheet no. __35__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,501.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Madcar Co.<br>135 Raynor Avenue<br>Ronkonkoma, NY 11779 | | - | credit extended | | | | 1,330.00 |
| Account No.<br><br>MAJ Enterprises<br>200 South Service Rd.<br>Roslyn Heights, NY 11577 | | - | credit extended | | | | 1,600.00 |
| Account No.<br><br>Margolin, Winer & Evens LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | | - | accounting services | | | | 10,000.00 |
| Account No.<br><br>Marilyn Miglin Inc.<br>1230 West Washington Blvd.<br>Suite 100<br>Chicago, IL 60607 | | - | deposit | | | | 4,615.00 |
| Account No.<br><br>Markson Lab Sales<br>661 Route 23S<br>Wayne, NJ 07470 | | - | credit extended | | | | 202.30 |

Sheet no. __36__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **17,747.30**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**
,                          Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | credit extended | | | | |
| **MasterTaste** **160 Terminal Avenue** **Clark, NJ 07066** | - | | | | | | | 11,124.96 |
| Account No. | | | | credit extended | | | | |
| **Mayfair Limousine Svc.** **341 Larkfield Rd.** **East Northport, NY 11731** | - | | | | | | | 290.16 |
| Account No. | | | | credit extended | | | | |
| **McMaster-Carr** **Monmouth Junction Road** **Dayton, NJ 08810** | - | | | | | | | 2,064.67 |
| Account No. | | | | credit extended | | | | |
| **Meridian Graphics** **Attn: Craig Miller, Controller** **2652 Dow Ave.** **Tustin, CA 92780** | - | | | | | | | 1,856.00 |
| Account No. | | | | Noticing purposes only | | | | |
| **Michael E. McCarthy, Esq.** **180 Oser Avenue** **Suite 800** **Hauppauge, NY 11788** | - | | | | | | | 0.00 |

Sheet no. __37__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          15,335.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Micro Quality Lab 3200 North San Fernando Blvd. Burbank, CA 91504 | | - | | | | | | | 705.00 |
| Account No. | | | | | credit extended | | | | |
| Mid-Island Electrical PO Box 9027 59 Mall Drive Commack, NY 11725-9027 | | - | | | | | | | 96.57 |
| Account No. | | | | | commissions | | | | |
| Milt Cohen c/o Pensels Ltd. 177 Continental Ave. East Northport, NY 11731 | | - | | | | X | X | X | 1,058.75 |
| Account No. | | | | | credit extended | | | | |
| Momentive Performance PO Box 640959 Pittsburgh, PA 15264-0959 | | - | | | | | | | 1,140.97 |
| Account No. | | | | | credit extended | | | | |
| Monson Co. 154 Pioneer Drive Leominster, MA 01453 | | - | | | | | | | 7,770.96 |

Sheet no. __38__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,772.25**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____,   Case No. _____

(Debtor)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Montebello Packaging** PO Box 503293 Saint Louis, MO 63150 | | - | | | | | 30,110.00 |
| Account No. | | | credit extended | | | | |
| **MPI Label Systems** PO Box 567 Danielson, CT 06239 | | - | | | | | 586.77 |
| Account No. | | | credit extended | | | | |
| **NALCO Company** 1 Nalco Center Naperville, IL 60563 | | - | | | | | 2,483.46 |
| Account No. | | | Noticing purposes only | | | | |
| **National City Bank of Minneapolis** Attn: Linda M. Fifield 651 Nicollet Mall Minneapolis, MN 55402 | | - | | | | | 0.00 |
| Account No. | | | litigation | | | | |
| **Natural Dentist** 140 Sylvan Ave. Englewood Cliffs, NJ 07632 | | - | | X | X | X | 400,000.00 |

Sheet no. __39__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **433,180.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                        ,       Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Naturex Inc.**<br>**375 Huyler Street**<br>**South Hackensack, NJ 07606** | - | | credit extended | | | | 355.24 |
| Account No. <br><br>**New Century Transportation**<br>**Attn: Sharon**<br>**145 Bradford Drive**<br>**West Berlin, NJ 08091** | - | | credit extended | | | | 522.50 |
| Account No. <br><br>**New Penn  Motor Express**<br>**Attn: Debra A. Perlaki**<br>**PO Box 630**<br>**625 S. Fifth Avenue**<br>**Lebanon, PA 17042** | - | | credit extended | | | | 985.66 |
| Account No. **01-0101680** <br><br>**New York State Urban Development**<br>**633 Third Avenue**<br>**New York, NY 10017-8167** | - | | loan | | | | 47,079.90 |
| Account No. <br><br>**Next Step Laboratories**<br>**Attn: Richard Riggs**<br>**130-13 91st Avenue**<br>**Richmond Hill, NY 11418** | - | | royalties | | | | 39,631.66 |

Sheet no. __**40**__ of __**63**__ sheets attached to Schedule of           Subtotal<br>Creditors Holding Unsecured Nonpriority Claims        (Total of this page)      **88,574.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Corwood Laboratories, Inc.**_____,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nexus Plastics<br>1 Loretto Ave.<br>Hawthorne, NJ 07506** | - | | credit extended | | | | 5,105.30 |
| Account No.<br><br>**Northside Primary Medical Care<br>3001 Expressway<br>Suite 200C<br>Islandia, NY 11749** | - | | medical care | | | | 4,270.02 |
| Account No.<br><br>**NYS Dept of Labor<br>State Campus Building 12<br>Room 425<br>Attn: Bruce Herman<br>Albany, NY 12240** | - | | Noticing purposes only | | | | 0.00 |
| Account No.<br><br>**Oaklee<br>125 Raynor Ave.<br>Ronkonkoma, NY 11779** | - | | credit extended | | | | 101.18 |
| Account No.<br><br>**Old Dominion Freight<br>PO Box 415202<br>Boston, MA 02241** | - | | credit extended | | | | 567.39 |

Sheet no. __**41**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,043.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** ,                              Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7100202910002** | | - | | | Noticing purposes only | | | | |
| **One Beacon America Insurance Attn: Erin Verde, Claims 1000 Woodbury Road Woodbury, NY 11797** | | | | | | | | | 0.00 |
| Account No. | | - | | | credit extended | | | | |
| **Orchidia/Flavorchem 1525 Brook Drive Downers Grove, IL 60515** | | | | | | | | | 654.76 |
| Account No. | | - | | | credit extended | | | | |
| **Orient Stars LLC 530 Patrice Place Gardena, CA 90248** | | | | | | | | | 857.50 |
| Account No. | | - | | | credit extended | | | | |
| **Overnight Labels 151-15 West Industry Court Deer Park, NY 11729** | | | | | | | | | 978.25 |
| Account No. | | - | | | credit extended | | | | |
| **Pallets-R-Us 555 Woodside Ave. Bellport, NY 11713** | | | | | | | | | 6,760.68 |

Sheet no. __42__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,251.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,  Case No. _____

(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Penta International PO Box 1448 Caldwell, NJ 07007 | | - | | | | | | | 298.30 |
| Account No. | | | | | credit extended | | | | |
| Perillo Bros. Fuel 9 Murray Street Farmingdale, NY 11735 | | - | | | | | | | 11,158.60 |
| Account No. | | | | | credit extended | | | | |
| Perkin Elmer Las 710 Bridgeport Ave. Shelton, CT 06484 | | - | | | | | | | 5,978.50 |
| Account No. | | | | | credit extended | | | | |
| Phenomenex Inc. 411 Madrid Avenue Torrance, CA 90501-1430 | | - | | | | | | | 1,131.52 |
| Account No. | | | | | credit extended | | | | |
| Phoenix Chemical Inc. 60 Fourth Street Somerville, NJ 08876 | | - | | | | | | | 3,085.50 |

Sheet no. __43__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,652.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                              ,     Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Phoenix Life Insurance**<br>**PO Box 643070**<br>**Pittsburgh, PA 15264-3070** | - | | credit extended | | | | 51,671.01 |
| Account No. **IN34601** <br><br>**Plastic Bottle Corp.**<br>**28055 North Ashley Circle**<br>**Suite 110**<br>**Libertyville, IL 60048-9635** | - | | credit extended | | | | 3,978.24 |
| Account No. <br><br>**Polarome International Corp.**<br>**200 Theodore Conrad Dr.**<br>**Jersey City, NJ 07305** | - | | credit extended | | | | 1,015.86 |
| Account No. <br><br>**Precision IBC Inc.**<br>**PO Box 1171**<br>**Fairhope, AL 36533** | - | | credit extended | | | | 276.00 |
| Account No. <br><br>**Premier Brands of America**<br>**31 South Street**<br>**Suite 2 - S**<br>**Mount Vernon, NY 10550** | - | | deposits | | | | 25.00 |

Sheet no. __44__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,966.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Premier Facility Management 189 Berdan Ave. PMB 152 Wayne, NJ 07470** | - | | | | | | 1,500.00 |
| Account No. | | | credit extended | | | | |
| **Premier Malt Products 25760 Groesbeck Highway Suite 103 Warren, MI 48089** | - | | | | | | 865.50 |
| Account No. | | | credit extended | | | | |
| **Premier Specialties, Inc. 236 Blackford Ave Middlesex, NJ 08846** | - | | | | | | 316.45 |
| Account No. | | | credit extended | | | | |
| **President Container, Inc. 200 West Commercial Ave. Moonachie, NJ 07074** | - | | | | | | 9,660.92 |
| Account No. | | | credit extended | | | | |
| **Presperse, Inc. PO Box 827819 Philadelphia, PA 19182** | - | | | | | | 52,110.00 |

Sheet no. __45__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **64,452.87**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                    ,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Pretium**<br>**3300 Trans-Canadienne**<br>**Pointe Claire**<br>**Quebec, H9R, 1B1**<br>**Canada** | | - | | | | | 10,616.40 |
| Account No. | | | credit extended | | | | |
| **Pride Solvents & Chemical**<br>**6 Long Island Avenue**<br>**Holtsville, NY 11742** | | - | | | | | 73,319.46 |
| Account No. | | | credit extended | | | | |
| **Procell Polymers, LLC**<br>**100 Edgebrook Circle**<br>**Lafayette, LA 70508** | | - | | | | | 3,624.18 |
| Account No. | | | credit extended | | | | |
| **Protameen Chemicals**<br>**375 Minnisink Rd.**<br>**Totowa, NJ 07511** | | - | | | | | 10,494.49 |
| Account No. | | | Noticing purposes only | | | | |
| **R. Scott LaFazia, P.C.**<br>**120 South Elliot Place**<br>**Suite 3**<br>**Brooklyn, NY 11217** | | - | | | | | 0.00 |

Sheet no. __46__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    98,054.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.**                                              ,     Case No. _____
                                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| R.I.T.A. Corporation PO Box 457 Crystal Lake, IL 60039-0457 | | - | | | | | 58,046.05 |
| Account No. | | | credit extended | | | | |
| R.T. Vanderbilt Corp. 30 Winfield St. Norwalk, CT 06856 | | - | | | | | 2,149.68 |
| Account No. | | | credit extended | | | | |
| Ranger Management PO Box 618 Great Falls, VA 22066 | | - | | | | | 3,000.00 |
| Account No. | | | Noticing purposes only | | | | |
| Relin Goldstein & Crane 28 East Main St. Suite 1800 Carle Place, NY 11514-1918 | | - | | | | | 0.00 |
| Account No. | | | judgment entered Index #: 09-0126719-1 | | | | |
| Renu Labs c/o Semisch & Semisch Attn: Mark R. Semisch, Esq. 408 N. Easton Rd., PO Box 306 Willow Grove, PA 19090-0306 | | - | | X | X | X | 49,501.13 |

Sheet no. __47__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **112,696.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | landlord | | | | | | |
| **REP A8 LLC** c/o Hamberger, Maxon, et al. Attn:  Lane Maxon, Esq. 225 Broadhollow Ste. 301 E Melville, NY 11747 | - | | | | X | X | X | 23,686.16 |
| Account No. | | credit extended | | | | | | |
| **Ricoh Americas Corp.** 5 Dedrick Place Caldwell, NJ 07006 | - | | | | | | | 11,410.83 |
| Account No. | | credit extended | | | | | | |
| **Rist Transport dba Howard's Exp.** Attn: Beth Jones 369 Bostwick Rd. Phelps, NY 14532-9309 | - | | | | | | | 316.12 |
| Account No. | | credit extended | | | | | | |
| **Robert et Fragrances** 125 Bauer Drive Oakland, NJ 07436 | - | | | | | | | 11,984.45 |
| Account No. | | credit extended | | | | | | |
| **Robert Falk Printing** 34629 Breakers Street Pot Nets bayside Millsboro, DE 19966 | - | | | | | | | 677.00 |

Sheet no. __48__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        48,074.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                                     ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Romaco Inc.** **6 Frassetto Way** **Lincoln Park, NJ 07035** | | - | | | | | 4,263.91 |
| Account No. | | | credit extended | | | | |
| **Ronco Paper Products** **400 Oser Avenue** **Hauppauge, NY 11788** | | - | | | | | 2,268.73 |
| Account No. | | | credit extended | | | | |
| **Roquette America Inc.** **One Progress Street** **Keokuk, IA 52632-0647** | | - | | | | | 22,247.02 |
| Account No. | | | Noticing purposes only | | | | |
| **Rosenthal Rosenthal, et al.** **Attn: Kevin S. Grossfeld, Esq.** **20900 N.E. 30th Ave.** **Suite 600** **Miami, FL 33180** | | - | | | | | 0.00 |
| Account No. | | | credit extended | | | | |
| **Ruger Chemical Co. Inc.** **83 Cordier Street** **Irvington, NJ 07111** | | - | | | | | 57,064.00 |

Sheet no. __49__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,843.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**_____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Schulke Inc.** <br> **200 Valley Road** <br> **Mount Arlington, NJ 07856** | - | | credit extended | | | | 2,572.00 |
| Account No. <br><br> **Sederma Inc.** <br> **300-A Columbus Circle** <br> **Edison, NJ 08837-3907** | - | | credit extended | | | | 31,496.60 |
| Account No. <br><br> **Sensient Cosmetics** <br> **107 Wade Ave.** <br> **South Plainfield, NJ 07080** | - | | credit extended | | | | 1,072.10 |
| Account No. **US/0908/15725** <br><br> **SEPPIC Inc.** <br> **30 Two Bridges Road** <br> **Suite 210** <br> **Fairfield, NJ 07004** | - | | credit extended | | | | 16,267.80 |
| Account No. <br><br> **Shin-Etsu Silicone** <br> **1150 Damar Drive** <br> **Akron, OH 44305** | - | | credit extended | | | | 6,540.00 |

Sheet no. __50__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **57,948.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | credit extended | | | | |
| Siemens Water Technologies 20 Murray Hill Pa. East Rutherford, NJ 07073 | | | | | | | | | 3,198.00 |
| Account No. | | | - | | credit extended | | | | |
| Sigma Aldrich Inc. PO Box 535182 Atlanta, GA 30353 | | | | | | | | | 944.35 |
| Account No. | | | - | | credit extended | | | | |
| Sigma Temps Inc. 535 Broadhollow Road Melville, NY 11747 | | | | | | | | | 15,991.25 |
| Account No. | | | - | | credit extended | | | | |
| Silab, Inc. First American Bank PO Box 92170 Elk Grove Village, IL 60009 | | | | | | | | | 9,360.86 |
| Account No. | | | - | | credit extended | | | | |
| Silliker, Inc. Northeast Labor 6390 Hedgewood Dr. Allentown, PA 18106 | | | | | | | | | 398.04 |

Sheet no. __51__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **29,892.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| **Spectrum Chemical Mfg.** **14422 S. San Pedro Street** **Gardena, CA 90248** | - | | | | | | | | 10,691.19 |
| Account No. | | | | | credit extended | | | | |
| **Sterling Commerce Network Svcs** **PO Box 73199** **Chicago, IL 60673** | - | | | | | | | | 1,061.00 |
| Account No. | | | | | credit extended | | | | |
| **Sterling Sanitary Supply** **2090 Route 110** **Farmingdale, NY 11735** | - | | | | | | | | 429.01 |
| Account No. | | | | | credit extended | | | | |
| **Strahl & Pitsch, Inc.** **PO Box 1098** **West Babylon, NY 11704** | - | | | | | | | | 1,765.00 |
| Account No. | | | | | credit extended | | | | |
| **Stratus Technology** **50 Capital Drive** **Wallingford, CT 06492** | - | | | | | | | | 890.40 |

Sheet no. __52__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        14,836.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | credit extended | | | | |
| Stryka Botanics Attn: Bryan McNally, Pres. PO Box 35408 Newark, NJ 07193 | - | | | | | | | | 2,225.00 |
| Account No. | | | | | Noticing purposes only | | | | |
| Suffolk Cnty Industrial Dev. Agncy. Bruce E. Ferguson, Adm. Director H Lee Dennison Bldg., 2nd Floor 100 Veterans Memorial Hwy. Hauppauge, NY 11788 | - | | | | | | | | 0.00 |
| Account No. | | | | | credit extended | | | | |
| Surfactants, Inc. 250 Lackland Drive Middlesex, NJ 08846 | - | | | | | | | | 14,207.00 |
| Account No. | | | | | deposit | | | | |
| Susan E. Ciminelli Prod. 754 5th Avenue 9th Floor New York, NY 10019 | - | | | | | | | | 14,935.00 |
| Account No. | | | | | credit extended | | | | |
| Symrise, Inc. 300 North Street Teterboro, NJ 07608 | - | | | | | | | | 2,085.00 |

Sheet no. __53__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,452.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____ ,    Case No. _____

                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | credit extended | | | | |
| **TAOS, Inc.** **Attn: Dan Miletic, CFO** **300 Lackawana Ave.** **Suite 8** **Little Falls, NJ 07424** | - | | | | | | | | 40,136.25 |
| Account No. | | | | | credit extended | | | | |
| **Tech Pak** **3 Ethel Blvd.** **Wood Ridge, NJ 07075** | - | | | | | | | | 3,747.00 |
| Account No. | | | | | credit extended | | | | |
| **Texas Organics** **1887 Geeslling Road** **Denton, TX 76208** | - | | | | | | | | 39.20 |
| Account No. | | | | | credit extended | | | | |
| **The Fanning Group** **2450 W. Hubbard St.** **Chicago, IL 60612** | - | | | | | | | | 1,050.70 |
| Account No. | | | | | credit extended | | | | |
| **The Lebermuth Co. Inc.** **114 N. Center Street** **IN 46505** | - | | | | | | | | 1,305.50 |

Sheet no. __54__ of __63__ sheets attached to Schedule of    Subtotal    46,278.65
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| The M.F. Cachat 1391 W. 10th Street Cleveland, OH 44102 | | - | | | | | | | 9,861.21 |
| Account No. | | | | | credit extended | | | | |
| The Print Market Inc. 66 East Jefryn Blvd Deer Park, NY 11729 | | - | | | | | | | 1,105.84 |
| Account No. | | | | | credit extended | | | | |
| Thermo Fischer Scientific 501 90th Avenue N. Minneapolis, MN 55433 | | - | | | | | | | 1,046.41 |
| Account No. | | | | | credit extended | | | | |
| Thor Specialties 56 Quarry Road Trumbull, CT 06611 | | - | | | | | | | 385.00 |
| Account No. | | | | | credit extended | | | | |
| Thoro Packaging 1467 Davril Circle Corona, CA 92880-6957 | | - | | | | | | | 17,112.53 |

Sheet no. __55__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,510.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                          ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| Towa Inc. 1455 Wanhangdhu Road Shanghai China 200042 | - | | | | | | | | 17,050.63 |
| Account No. | | | | | credit extended | | | | |
| Tri-K Industries Attn: Lorin Carcich 151 Veterans Drive PO Box 128 Northvale, NJ 07647 | - | | | | | | | | 20,635.13 |
| Account No. | | | | | credit extended | | | | |
| Troll Advisory Group 5715 Old Buggy Court Columbia, MD 21045 | - | | | | | | | | 4,862.24 |
| Account No. | | | | | credit extended | | | | |
| Tropica Florist 440 Wheeler Road Hauppauge, NY 11788 | - | | | | | | | | 470.74 |
| Account No. | | | | | credit extended | | | | |
| U.S. Coffee 51 Alpha Plaza Hicksville, NY 11801 | - | | | | | | | | 174.20 |

Sheet no. __56__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **43,192.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | credit extended | | | | |
| **UBS Printing Group** **2577 Research Drive** **Corona, CA 92882** | - | | | | | | | | 31,108.00 |
| Account No. | | | | | credit extended | | | | |
| **Uline** **Attn: Accounts Receivable** **2200 S. Lakeside Drive** **Waukegan, IL 60085** | - | | | | | | | | 1,287.35 |
| Account No. | | | | | credit extended | | | | |
| **Ungerer Co.** **Attn: Peter Labruna, Controller** **4 Bridgewater Lane** **Lincoln Park, NJ 07035** | - | | | | | | | | 15,348.55 |
| Account No. | | | | | credit extended | | | | |
| **United Cesspool Svcs.** **1485 Montauk Highway** **Oakdale, NY 11769** | - | | | | | | | | 2,502.72 |
| Account No. | | | | | credit extended | | | | |
| **United Computer Systems** **2110 Smithtown Avenue** **Ronkonkoma, NY 11779** | - | | | | | | | | 3,229.42 |

Sheet no. __**57**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,476.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corwood Laboratories, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **United Parcel Service** **PO Box 7247-0244** **Philadelphia, PA 19170** | - | | | | | | 275.13 |
| Account No. | | | credit extended | | | | |
| **United States Pharmacopeial** **12601 Twinbrook Place** **Rockville, MD 20852** | - | | | | | | 48.00 |
| Account No. | | | credit extended | | | | |
| **United Wholesale Distributors** **Attn: H.E. Pena, Pres.** **45 Feldland St.** **Bohemia, NY 11716** | - | | | | | | 431.65 |
| Account No. | | | credit extended | | | | |
| **Univar USA Inc.** **PO Box 7777-W9090** **Philadelphia, PA 19175** | - | | | | | | 20,082.86 |
| Account No. | | | credit extended | | | | |
| **Universal Preserv-A-Chem** **Attn: Michael Ravitz, V.P.** **60 Joffy Road** **Somerset, NJ 08873** | - | | | | | | 74,843.84 |

Sheet no. __58__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            95,681.48

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Corwood Laboratories, Inc._____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| US Cosmetics Corp. PO Box 859 Dayville, CT 06241 | - | | | | | | 169.84 |
| Account No. | | | credit extended | | | | |
| Vege-Tech 412 West Cypress Glendale, CA 91204 | - | | | | | | 297.12 |
| Account No. | | | credit extended | | | | |
| Verizon c/o Bankruptcy Group 3900 Washington Street Floor 1 Wilmington, DE 19802 | - | | | | | | 309.01 |
| Account No. | | | credit extended | | | | |
| Vevy United Wholesale 45 Feldland Street Bohemia, NY 11716 | - | | | | | | 4,275.25 |
| Account No. | | | credit extended | | | | |
| Videojet Technologies Inc. 5900 Mittel Blvd. Wood Dale, IL 60191-1073 | - | | | | | | 1,897.82 |

Sheet no. __59__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,949.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.**                                                  ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village Office Supply Inc.**<br>**d/b/a Village Office Supply**<br>**75 Marine Street**<br>**Farmingdale, NY 11735** | - | | complaint filed | X | X | X | 5,626.18 |
| Account No.<br><br>**Vormittag Associates, Inc.**<br>**120 Comac Street**<br>**Ronkonkoma, NY 11779** | - | | credit extended | | | | 21,080.00 |
| Account No.<br><br>**VWR International**<br>**PO Box 2078**<br>**West Chester, PA 19380** | - | | credit extended | | | | 2,464.36 |
| Account No.<br><br>**W.B. Mason, Inc.**<br>**PO Box 111**<br>**Brockton, MA 02303** | - | | credit extended | | | | 705.92 |
| Account No.<br><br>**Walsh Messenger Svc.**<br>**4 Third Street**<br>**New Hyde Park, NY 11040** | - | | credit extended | | | | 231.25 |

Sheet no. __60__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                30,107.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corwood Laboratories, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | credit extended | | | | |
| **Waters Corporation** **Attn: Chad Santoro** **34 Maples St., Mainstop SA** **Milford, MA 01757** | - | | | | | | | 3,788.28 |
| Account No. | | | | credit extended | | | | |
| **Watson Industries, Inc.** **106 Exchange Place** **Pomona, CA 91768** | - | | | | | | | 3,300.00 |
| Account No. | | | | Noticing purposes only | | | | |
| **Weinstein Kaplan & Cohen** **Attn: Robert Cohen** **1325 Franklin Avenue** **Suite 210** **Garden City, NY 11530** | - | | | | | | | 0.00 |
| Account No. | | | | credit extended | | | | |
| **Whipsmart** **83 East Main Street** **Patchogue, NY 11772** | - | | | | | | | 6,272.70 |
| Account No. | | | | Noticing purposes only | | | | |
| **Whitney & Richardson** **Attn: Jim Mitchell, Esq.** **5400 Mounes Street, # 202** **New Orleans, LA 70123** | - | | | | | | | 0.00 |

Sheet no. __61__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,360.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corwood Laboratories, Inc.**                                            ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit extended | | | | |
| **Wings Worldwide LLC**<br>**210 Sumit Ave.**<br>**Montvale, NJ 07645** | | - | | | | | 2,719.90 |
| Account No. | | | Noticing purposes only | | | | |
| **Woodstock Natural Products**<br>**c/o Robert Silverman**<br>**384 Pleasant Hill Dr.**<br>**New City, NY 10956** | | - | | | | | 0.00 |
| Account No. | | | credit extended | | | | |
| **Wrap-n-Pack**<br>**Attn: Michael Sufritello**<br>**21 Executive Rd.**<br>**Farmingdale, NY 11735** | | - | | | | | 563.50 |
| Account No. | | | Noticing purposes only | | | | |
| **Young Hoffman, LLC**<br>**Attn: John Young, Esq.**<br>**170 South ain Street**<br>**Suite 1125**<br>**Salt Lake City, UT 84101-1639** | | - | | | | | 0.00 |
| Account No. | | | credit extended | | | | |
| **YRC (RDWY)**<br>**1077 George Road**<br>**Akron, OH 44310-2482** | | - | | | | | 3,564.44 |

Sheet no. __62__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,847.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corwood Laboratories, Inc.**                                                        ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | credit extended | | | | |
| **Zee Medical Inc.** **PO Box 781433** **Indianapolis, IN 46278-8433** | - | | | | | | | **426.38** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| Sheet no. __**63**__ of __**63**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **426.38** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **13,228,560.17** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Corwood Laboratories, Inc.**                                        ,    Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bentley Laboratories LLC**<br>**111 Fieldcrest Ave.**<br>**Edison, NJ 08337** | **Royalty Agreement** |
| **Carol's Daughter Holdings LLC**<br>**282 Van Buren Street**<br>**Brooklyn, NY 11221** | **confidentiality agreement** |
| **General Electric Capital Corp.**<br>**Attn: Debbie Vossbrinck**<br>**44 Old Ridgebury Road**<br>**Danbury, CT 06810-5105** | **Symex Lease Acct. 416796-004** |
| **General Electric Capital Corp.**<br>**Attn: Debbie Vossbrinck**<br>**44 Old Ridgebury Road**<br>**Danbury, CT 06810-5105** | **copiers & faxes** |
| **GoSmile Inc.**<br>**110 East 42nd Street**<br>**Suite 1100**<br>**New York, NY 10017** | **Confidential Disclosure Agreement** |
| **Key Equipment Finance**<br>**11030 Circle Point Rd., 2nd Floor**<br>**Broomfield, CO 80020** | **lease on mailing machine** |
| **Lori-Lynn Realty LLC**<br>**55 Arkay Drive**<br>**Hauppauge, NY 11788** | **Lease on real property at Arkay Drive, Hauppauge, New York, as set forth in Lease dated April 24, 2000 between Lori-Lynn Realty and Corwood Laboratories.** |
| **Pure Inventions, LLC**<br>**64 B Grant Place**<br>**Little Silver, NJ 07739** | **mutual confidentiality & non-disclosure agreement** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Corwood Laboratories, Inc.**                                            ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Irwin Thaler**<br>**93 Buttonwood Drive**<br>**Dix Hills, NY 11746** | **GE Capital**<br>**PO Box 640387**<br>**Pittsburgh, PA 15264-0387** |
| **Irwin Thaler**<br>**93 Buttonwood Drive**<br>**Dix Hills, NY 11746** | **GE Capital**<br>**PO Box 642111**<br>**Pittsburgh, PA 15264-2111** |
| **Irwin Thaler**<br>**93 Buttonwood Drive**<br>**Dix Hills, NY 11746** | **General Electric Capital**<br>**Attn: Dale Shores**<br>**3 Capital Drive**<br>**Mail Station 1-3671**<br>**Eden Prairie, MN 55344** |
| **Irwin Thaler**<br>**93 Buttonwood Drive**<br>**Dix Hills, NY 11746**<br>  **guarnator** | **GE Capital Public Finance**<br>**Attn: VP Risk Management**<br>**8400 Normandale Lake Blvd.**<br>**Suite 470**<br>**Minneapolis, MN 55437** |
| **Lori Thaler Cohen**<br>**270 West End Ave.**<br>**5- S**<br>**New York, NY 10023**<br>  **guarantor** | **GE Capital Public Finance**<br>**Attn: VP Risk Management**<br>**8400 Normandale Lake Blvd.**<br>**Suite 470**<br>**Minneapolis, MN 55437** |
| **Lori-Lynn Realty LLC**<br>**55 Arkay Drive**<br>**Hauppauge, NY 11788** | **HSBC Bank**<br>**Commercial Loan Svcs.**<br>**Suite 0002**<br>**Buffalo, NY 14270-0002** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Corwood Laboratories, Inc.**
                                 Debtor(s)

Case No. _____
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ 97 ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 8, 2009**

Signature    **/s/ Irwin Thaler**
                          **Irwin Thaler**
                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re    **Corwood Laboratories, Inc.**                                                    Case No. _____

                                                            Debtor(s)        Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$32,845,259.00** | **2007 gross income** |
| **$33,152,330.00** | **2008 gross income** |
| **$14,862,052.00** | **2009 ytd gross income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached list marked Statement 3(b)** | | **$666,340.89** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Schedule 3(c)** **paid to various creditors for the benefit of Insid** | **various dates 12/2008 to present** | **$1,049,995.19** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Production, Service & Sales Council Health Fund v. Corwood Laboratories Case No.:  09-4715** | **ERISA civil** | **United States District Court EDNY -  Brooklyn, New York** | **pending** |
| **LIPO Chemicals Inc. v. Corwood Laboratories, Inc. Case No.:  42257/2009** | **civil** | **Supreme Court of the State of New York  - Suffolk County** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Javic LLC v. Corwood Laboratories** <br> **Case No.: 09-4306** | **civil** | **United States District Court - EDNY, Brooklyn, NY** | **pending** |
| **Village Office Supply v. Corwood Laboratories** <br> **# BACC 381-09** | **civil** | **Suffolk County District Court Second District - Babylon** | **pending** |
| **REP A8 LLC v. Corwood Laboratories, et al.** <br> **# 09-36937** | **civil** | **Supreme Court State of New York** <br> **County of Suffolk** | **settled** |
| **JP Morgan Chase Bank v. Corwood Laboratories** <br> **# 2009/30721** | **civil** | **Supreme Court State of New York** <br> **County of Suffolk** | **judgment entered 12/3/09** |
| **Compax v. Corwood Laboratories** <br> **# 090916418** | **civil** | **District Court Third Judicial District** <br> **Salt Lake County, State of Utah** | **pending** |
| **Carl Matzen, et al. v. Corwood Laboratories** <br> **#09-4783** | **civil** | **United States District Court Eastern District of New York** | **pending** |
| **Jane Numeroff Eisenpresser v. The Natural Dentist Inc., et al.** <br> **Index No. 01992/2009** | **civil** | **Supreme Court State of New York** <br> **Nassau County** | **pending** |
| **Renu Labs Inc. v. Corwood Laboratories, Inc.** <br> **No.: 09-0126719-1** | **civil** | **Court of Common Pleas of Bucks County PA** | **judgment entered** |
| **JET Overall Uniform Service Inc. v. Corwood Laboratories** <br> **Index No.: 28806/2009** | **civil** | **Supreme Court State of New York** <br> **Kings COunty** | **pending** |
| **JP Morgan Chase, et al. v. Corwood Laboratories** <br> **Index No.: 09-47866** | **civil** | **Supreme Court State of New York, County of Suffolk** | **judgment entered 12/3/09** |
| **Callahan Chemical Co. v. Corwood Laboratories** <br> **09-45264** | **civil** | **Supreme Court of the State of New York** <br> **County of Suffolk** | **pending** |
| **Corwood Laboratories v. Natural Dentist Inc.** <br> **Index No.: 08/25788** | **civil** | **Supreme Court State of New York** <br> **Suffolk County** | **pending** |
| **Sigma Temps Inc. v. Corwood Laboratories, Inc.** <br> **Index No.: 46168/2009** | **civil** | **Supreme Court State of New York** <br> **Suffolk County** | **pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pryor & Mandelup**<br>**675 Old Country Road**<br>**Westbury, NY 11590-4513** | | **$10,000.00** |

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **RSR Consulting**<br>**49 Roy Avenue**<br>**Massapequa, NY 11758** | **see attached listing of payments to RSR**<br>**12/10/08 to present** | **$188,373.00** |

**10. Other transfers**

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Bentley Laboratories**<br>**111 Fieldcrest Dr.**<br>**Edison, NJ 08837**<br>  **non-related** | **10/9/2009** | **Sale of certain assets of company**<br>**Agreement to be provided** |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **JP Morgan Chase**<br>**c/o Farrell Fritz**<br>**1220 RXR Plaza**<br>**Uniondale, NY 11556** | **9/4/09 - $98,209.28;  9/15/09 - 11,331.84** | **109541.12** |

**14. Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **see attached document SOFA - 14 A** | **1 - Debtor holds containers and packaging for certain customers products** | |
| | **2 - Debtor possesses formulas for certain customers products** | |

**15. Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **65 Oser Avenue, Hauppauge, NY, 11788** | | |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Margolin, Winer & Evens LLP**<br>**400 Garden City Plaza**<br>**Garden City, NY 11530** | |
| **Jerry Dresel**<br>**16 Arrowwood Drive**<br>**Saint James, NY 11780** | **CFO** |
| **Christian Reimann**<br>**36 Richmind Blvd.**<br>**Unit 3B**<br>**Ronkonkoma, NY 11779** | **Asst. Controller** |
| **Marty Gartelmann**<br>**30 Herman Ave.**<br>**North Babylon, NY 11703** | **Accounting Manager** |

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **Susan Levine**<br>**929 Skyline**<br>**Coram, NY 11727** | | **HR Director** |

☐ None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

☐ None
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Corwood Laboratories, Inc.** | **55 Arkay Drive**<br>**Hauppauge, NY 11788** |

☐ None
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **JP Morgan Chasse**<br>**c/o Farrell Fritz, P.C.**<br>**Attn: Ted Berkowitz, Esq.**<br>**1320 RXR Plaza**<br>**Uniondale, NY 11556** | |
| **GE Capital**<br>**PO Box 642111**<br>**Pittsburgh, PA 15264-2111** | |
| **HSBC Bank**<br>**Commercial Loan Svcs.**<br>**Suite 0002**<br>**Buffalo, NY 14270-0002** | |

**20. Inventories**

☐ None
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **12/2008** | **Marvin Stuart** | **$4,055,747.00 raw material** |
| **11/2009** | **Dennis Hartman** | **$2,501,225.89 (raw material)** |

☐ None
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/2008** | **Corwood Labs**<br>**55 Arkay Drive**<br>**Hauppauge, NY 11788** |
| **11/2009** | **Corwood Labs**<br>**55 Arkay Drive**<br>**Hauppauge, NY 11788** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Irwin Thaler**<br>**93 Buttonwood Drive**<br>**Dix Hills, NY 11746** | **Director, President** | **98%** |
| **Shirley Thaler**<br>**93 Buttonwood Drive**<br>**Dix Hills, NY 11746** | **Director, Vice President,**<br>**Secretary, Treasurer** | **0%** |
| **Merryl Gersten**<br>**2 Kalb Court**<br>**Dix Hills, NY 11746** | **Vice President** | **1%** |
| **Lori Thaler**<br>**270 West End Ave.**<br>**5-S**<br>**New York, NY 10023** | **Director** | **1%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Gerald Dresel**<br>**16 Arrowood Dr.**<br>**Saint James, NY 11780** | **Chief Financial Officer** | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of this case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **TEE - Corwood Laboratories Inc Pension Plan** | **11-2161497** |
| **Corwood Laboratories Inc. - 401k** | **11-2161497** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 8, 2009**

Signature  **/s/ Irwin Thaler**
**Irwin Thaler**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SoFA    3(b)

| Vendor | Vendor ID | Date | Check # | Amount | Subtotal | Comments |
|---|---|---|---|---|---|---|
| Joe Tempone | T046 | 09/10/09 | 150237 | $1,370.29 | | travel & expense |
| Joe Tempone | T046 | 09/16/09 | 150280 | $1,102.43 | | travel & expense |
| Joe Tempone | T046 | 09/30/09 | 150331 | $2,677.22 | | travel & expense |
| Joe Tempone | T046 | 09/30/09 | 150332 | $450.00 | | travel & expense |
| Joe Tempone | T046 | 10/05/09 | 150340 | $3,932.47 | $9,532.41 | travel & expense |
| New York State Insurance | S014 | 09/11/09 | 150243 | $13,681.00 | $13,681.00 | insurance premium |
| Premier Facility Maintanance | E025 | 09/15/09 | 150255 | $1,070.50 | | waste disposal |
| Premier Facility Maintanance | E025 | 10/20/09 | 150390 | $4,337.83 | | waste disposal |
| Premier Facility Maintanance | E025 | 10/26/09 | 150405 | $4,078.79 | | waste disposal |
| Premier Facility Maintanance | E025 | 11/02/09 | 150417 | $3,960.90 | | waste disposal |
| Premier Facility Maintanance | E025 | 11/09/09 | 150434 | $3,950.39 | | waste disposal |
| Premier Facility Maintanance | E025 | 11/23/09 | 150444 | $10,481.88 | $27,880.29 | waste disposal |
| Loren Mondello | L103 | 09/15/09 | 150256 | $6,395.54 | | commission |
| Loren Mondello | L103 | 10/14/09 | 150380 | $1,601.71 | $7,997.25 | commission |
| RSR Consulting LLC | R173 | 09/15/09 | 150265 | $7,406.00 | | accounting service |
| RSR Consulting LLC | R173 | 09/21/09 | 150293 | $4,406.00 | | |
| RSR Consulting LLC | R173 | 09/30/09 | 150328 | $5,625.00 | | |
| RSR Consulting LLC | R173 | 10/05/09 | 150339 | $7,613.00 | | |
| RSR Consulting LLC | R173 | 10/12/09 | 150368 | $16,313.00 | | |
| RSR Consulting LLC | R173 | 10/19/09 | 150386 | $12,563.00 | | |
| RSR Consulting LLC | R173 | 10/26/09 | 150406 | $12,375.00 | | |
| RSR Consulting LLC | R173 | 11/02/09 | 150421 | $7,688.00 | | |
| RSR Consulting LLC | R173 | 11/09/09 | 150436 | $8,063.00 | | |
| RSR Consulting LLC | R173 | 11/16/09 | 150441 | $8,250.00 | | |
| RSR Consulting LLC | R173 | 11/23/09 | 150445 | $6,300.00 | | |
| RSR Consulting LLC | R173 | 11/30/09 | 150457 | $6,096.00 | $102,698.00 | |
| RSR Consulting | | 12/7/09 | | $9,254.00 | $111,952.00 | |

| Vendor | Vendor ID | Date | Check # | Amount | Subtotal | Comments |
|---|---|---|---|---|---|---|
| Javic | J037 | 09/15/09 | 150267 | $72,503.43 | $72,503.43 | raw materials |
| | | | | | | |
| Patti Shepard | P210 | 09/16/09 | 150278 | $1,664.35 | | travel & expense |
| Patti Shepard | P210 | 09/22/09 | 150302 | $10,000.00 | $11,664.35 | commission |
| | | | | | | |
| National Grid | BROOKL | 09/17/09 | 150283 | $2,892.61 | | gas service |
| National Grid | BROOKL | 10/14/09 | 150371 | $729.01 | | gas service |
| National Grid | BROOKL | 10/14/09 | 150372 | $3,813.47 | $7,435.09 | gas service |
| | | | | | | |
| LIPA | L001 | 09/17/09 | 150285 | $9,108.60 | | electric |
| LIPA | L001 | 10/14/09 | 150378 | $8,533.96 | $17,642.56 | electric |
| | | | | | | |
| LIPA | L061 | 09/17/09 | 150287 | $15,687.22 | | electric |
| LIPA | L061 | 10/14/09 | 150379 | $15,610.67 | $31,297.89 | electric |
| | | | | | | |
| Jim Rossi Nigeria | N/A | 09/18/09 | 91809 | $20,000.00 | $20,000.00 | refund of deposit paid and customer product was never manufactured |
| | | | | | | |
| Lori Lynn Realty | L026 | 09/22/09 | 150301 | $51,719.40 | $51,719.40 | monthly rental payments for Arkay |
| | | | | | | |
| Thaler Realty | T116 | 10/01/09 | 150333 | $15,000.00 | $15,000.00 | monthly rental payments for Adams |
| | | | | | | |
| Margolin | C016 | 10/06/09 | 150342 | $7,272.00 | | accounting services |
| Margolin | C016 | 10/09/09 | 150367 | $4,500.00 | $11,772.00 | accounting services |
| | | | | | | |
| CT Networks | C088 | 09/30/09 | 150325 | $2,299.05 | | outsourced IT |
| CT Networks | C088 | 10/06/09 | 150343 | $4,670.00 | | outsourced IT |
| CT Networks | C088 | 11/02/09 | 150415 | $4,670.00 | | outsourced IT |
| CT Networks | C088 | 11/06/09 | 150429 | $1,882.50 | | outsourced IT |
| CT Networks | C088 | 11/25/09 | 150456 | $2,762.86 | | outsourced IT |
| CT Networks | C088 | 12/01/09 | 150459 | $2,325.00 | $18,609.41 | outsourced IT |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Vendor | Vendor ID | Date | Check # | Amount | Subtotal | Comments |
|---|---|---|---|---|---|---|
| Reese Pharmaceuticals | R023 | 10/08/09 | 150360 | $9,000.00 | $9,000.00 | refund of deposit paid and customer product was never manufactured |
| Ettelman & Hochheiser | ETTELMAN | 10/13/09 | 150370 | $15,000.00 | $15,000.00 | legal |
| Cablevision Lightpath | C063 | 10/14/09 | 150373 | $4,240.01 | | voice & data services |
| Cablevision Lightpath | C063 | 11/05/09 | 150424 | $4,113.65 | | voice & data services |
| Cablevision Lightpath | C063 | 11/24/09 | 150446 | $3,936.05 | $12,289.71 | voice & data services |
| First Insurance Fund | F103 | 10/15/09 | 150386 | $8,649.65 | | insurance |
| First Insurance Fund | F103 | 11/05/09 | 150425 | $8,649.65 | $17,299.30 | insurance |
| One Beacon | A093 | 10/26/09 | 150404 | $8,829.27 | $8,829.27 | insurance |
| Oxford Health | O016 | 09/29/09 | 150320 | $53,526.78 | | health insurance |
| Oxford Health | O016 | 10/27/09 | 150410 | $47,771.73 | | |
| Oxford Health | O016 | 11/18/09 | 150442 | $16,841.11 | | |
| Oxford Health | O016 | 12/01/09 | 150463 | $18,474.91 | $136,614.53 | |
| Local 815-S PSSDC | L015 | 11/24/09 | 150453 | $825.00 | | union health insurance |
| Local 815-S PSSDC | L015 | 11/25/09 | 150455 | $31,500.00 | | |
| Local 815-S PSSDC | L015 | 12/03/09 | 150466 | $550.00 | $32,875.00 | |
| Franklin / Gringer | F125 | 11/24/09 | 150454 | $15,000.00 | $15,000.00 | legal |
| Totals | | | | $666,340.89 | | |

Statement of Financial Affairs

Schedule 3-C List of payments to or for the benefit of creditors who are or were insiders
Report totals are from December 10, 2008 to present

| Payee | Amount | Service | Insider |
|---|---|---|---|
| American Express | 19,274.51 | Monthly expenses | Irwin Thaler |
| American Express | 15,010.92 | Monthly expenses | Shirley Thaler |
| Hyundai Motors | 3,790.00 | Auto lease | Shirley Thaler |
| Infiniti Financial | 5,784.75 | Auto lease | Irwin Thaler |
| Weekly Petty Cash | 6,522.70 | Petty cash | Irwin Thaler |
| Hauppauge Palace | 280.92 | Meals | Irwin Thaler |
| Exxon Mobil | 3,775.75 | Monthly gas | Irwin Thaler |
| Bank of America | 3,826.80 | Monthly gas | Irwin Thaler |
| Chubb Insurance | 369 | Auto | Irwin Thaler |
| Friars Club | 4,619.14 | Meals and dues | Irwin Thaler |
| Tropica Florist | 725.38 | Flowers, etc | Shirley Thaler |
| Merryl Gersten | 2,700.00 | Auto allowance | Merryl Gersten |
| Lori Thaler | 4,500.00 | Auto allowance | Lori Thaler |
| Lori Thaler | 118,550.00 | Payroll | Lori Thaler |
| Oxford Health Plans | 7,603.91 | Medical insurance premiums | Irwin Thaler |
| Oxford Health Plans | 7,603.91 | Medical insurance premiums | Shirley Thaler |
| Lori-Lynn Realty LLC | 517,194.00 | Rent | Lori Lynn Realty is Owned as Follows: Irwin Thaler IDGT Trust #1 : 44% Irwin Thaler IDGT Trust #2: 44% Irwin Thaler: 10% Merryl Gersten: 1% Lori Thaler Cohen: 1% |
| Thaler Realty Group I | 165,000.00 | Rent | Thaler Realty is Owned as Follows: Irwin Thaler: 49% Shirley Thaler: 49% Merryl Gersten: 1% |
| Lori-Lynn Realty LLC | 110,275.73 | Real Estate Taxes | See Above |

Thaler Realty Group I          52,587.77  Real Estate Taxes          See Above

Total                    1,049,995.19

SoFA
14-A      # 1

Schedule 14 - Property held for another person (Customer Components)

| Customer | Amount |
|---|---|
| ALPHA MEDICAL | Undeterminable |
| AAN | Undeterminable |
| APOTHECUS | Undeterminable |
| AT LAST | Undeterminable |
| ALL TERRAIN | Undeterminable |
| AMERIFIT | Undeterminable |
| ALKALIFE | Undeterminable |
| ARBONNE | Undeterminable |
| ADVOCARE | Undeterminable |
| ALLEGHANY PHARMACAL | Undeterminable |
| AMPHARMCO | Undeterminable |
| ADDED EXTRAS, LLC | Undeterminable |
| APRIORI BEAUTY | Undeterminable |
| BARIELLE | Undeterminable |
| BIRA | Undeterminable |
| BUDPAK INC. | Undeterminable |
| BRADLEY | Undeterminable |
| BIOGLAN PHARMACEUTICALS COMPANY | Undeterminable |
| BATH BLOOMERS | Undeterminable |
| BORGHESE | Undeterminable |
| BEFORE & AFTER | Undeterminable |
| BEAUTI CONTROL | Undeterminable |
| BLUE Q | Undeterminable |
| BAYS BROWN | Undeterminable |
| BLYTHE/PARTYLITE | Undeterminable |
| CADIE | Undeterminable |
| COCOCARE | Undeterminable |
| CHUCK ROSENBAUM | Undeterminable |
| THE C. P. HALL COMPANY | Undeterminable |
| COSMETIC DERM. | Undeterminable |
| CHRISTIAN DIOR PERFUMES LLC | Undeterminable |
| C.S. BIO SCIENCE | Undeterminable |
| T.F.H. | Undeterminable |
| CAROL'S DAUGHTER | Undeterminable |
| C S BIOSCIENCE | Undeterminable |
| DEERFIELD EQUINE PROD | Undeterminable |
| DINUR COSMETICS | Undeterminable |
| DANSK INTERNATIONAL DESIGNS | Undeterminable |
| DL CARR | Undeterminable |

| | |
|---|---|
| DENTAL HERB | Undeterminable |
| DR. ADRIENNE DENESE | Undeterminable |
| DIANE YOUNG | Undeterminable |
| DENTA CLEAN CO. | Undeterminable |
| DERMA VIVE SKIN CARE | Undeterminable |
| DENESE PRODUCTS, LLC | Undeterminable |
| SOLARCEUTICALS, INC. | Undeterminable |
| DELL LABS | Undeterminable |
| DENTAL CREATIONS,LLC | Undeterminable |
| DERMAVENTURES | Undeterminable |
| DERMEDICS LABORATORIES | Undeterminable |
| DRAGONTREE LABS, LLC | Undeterminable |
| EVER READY FIRST AID CORP. | Undeterminable |
| SUNNY MARKETING | Undeterminable |
| TRADITIONAL FLOWER (ELLON) | Undeterminable |
| ESSIE | Undeterminable |
| ELIZABETH ARDEN | Undeterminable |
| EASTERN MARBLE | Undeterminable |
| ELEGANT HOME DESIGN | Undeterminable |
| EULACTOL USA, INC. | Undeterminable |
| FASHION FAIR COSMETICS | Undeterminable |
| FISKE | Undeterminable |
| FOUR PAWS | Undeterminable |
| FRESH | Undeterminable |
| FERTILE HEMISPHERES, INC | Undeterminable |
| FMC INTERNATIONAL | Undeterminable |
| FRONTIER | Undeterminable |
| FALLENE | Undeterminable |
| FAST INNOVATIONS | Undeterminable |
| GORHAM | Undeterminable |
| BATH AND BODY WORKS | Undeterminable |
| GOODTIMES ENTERTAINMENT | Undeterminable |
| GUTHY-RENKER | Undeterminable |
| GRASS TELEFACTORS | Undeterminable |
| GO SMILE, INC. | Undeterminable |
| HDS | Undeterminable |
| HTP PHARM. | Undeterminable |
| HARDCAP, LLC. | Undeterminable |
| VETOQUINOL USA INC. | Undeterminable |
| IMPALA, INC. | Undeterminable |
| INDUSTEX | Undeterminable |
| JOEY NY | Undeterminable |
| JOAN RIVERS BEAUTY | Undeterminable |
| JIM ROSSI NIGERIA LTD. | Undeterminable |

| | |
|---|---|
| JSJ | Undeterminable |
| JURLIQUE | Undeterminable |
| KISS MY FACE | Undeterminable |
| KENDALL | Undeterminable |
| KIEL LABORATORIES | Undeterminable |
| LEN RON | Undeterminable |
| LIPENWALD, INC. | Undeterminable |
| LUZERN LABS | Undeterminable |
| L'OREAL PISCATAWAY | Undeterminable |
| DR. FEDER | Undeterminable |
| LANTIER USA,LLC | Undeterminable |
| LUCIENETTI, INC | Undeterminable |
| LIVERPOOL PERSONAL CARE PRODUCTS | Undeterminable |
| MAGIC OF ALOE | Undeterminable |
| MADINA | Undeterminable |
| MARY KAY | Undeterminable |
| MITCHELL J MANDEL, MD., P.C. | Undeterminable |
| NATURE'S BOUNTY | Undeterminable |
| NEOSTRATA | Undeterminable |
| BIO BOTANICA/NATURE'S ANSWER | Undeterminable |
| NEOGEN | Undeterminable |
| NORTHERN GROUP | Undeterminable |
| NATURE'S POINT | Undeterminable |
| NAIL TEK | Undeterminable |
| NATUREPATH | Undeterminable |
| NATURES CURE, INC. | Undeterminable |
| OUIDAD | Undeterminable |
| ORIGIN BIO MED INC. | Undeterminable |
| OXFORD & HILL HOME PRODUCTS LLC | Undeterminable |
| PEDINOL PHARMACAL INC. | Undeterminable |
| PEAK ENTERPRISES, INC. | Undeterminable |
| PINC GOLD | Undeterminable |
| PRO FOOT, INC. | Undeterminable |
| PERFECTA | Undeterminable |
| PREMIER | Undeterminable |
| N.V. PERRICONE, M.D., LTD. | Undeterminable |
| PLAYTEX | Undeterminable |
| REESE PHARMACEUTICAL | Undeterminable |
| REPECHAGE LTD.(SARKLI) | Undeterminable |
| REFLECT.COM | Undeterminable |
| RISING PHARMICEUTICALS | Undeterminable |
| RENU LABS, INC. | Undeterminable |
| RIVERS EDGE | Undeterminable |
| RENOUVEAU, LLC | Undeterminable |

| | |
|---|---|
| SHAKLEE | Undeterminable |
| SONIC | Undeterminable |
| AUGUSTA MED/SOMA BLUE | Undeterminable |
| STERN FRAGRANCES | Undeterminable |
| SUCCESS PRODUCTS USA INC. | Undeterminable |
| MARCON/SOURCEPAK | Undeterminable |
| SPORT TECH | Undeterminable |
| THURSDAY PLANTATION LABS LTD. | Undeterminable |
| TISCHCON | Undeterminable |
| LEGACY*3M MAPLEWOOD | Undeterminable |
| UNICITY | Undeterminable |
| VO-TOYS INC. | Undeterminable |
| NATURAL DENTIST | Undeterminable |
| WEST PENETONE | Undeterminable |
| WHITE ON | Undeterminable |
| IVAX PHARM. | Undeterminable |
| ZYBER PHARMACEUTICALS, INC. | Undeterminable |

\# 2

Listing Of customers where Corwood has possesion of their formula(s)

| Customer |
| --- |
| AAN Services |
| Advocare |
| All Terrain Inc |
| Apothecus Pharmaceutical |
| Arbonne International |
| At last Naturals |
| Barc LLC |
| Beauti Control |
| Beiersdorf Inc |
| Bio-Botanical Inc |
| Biocogent Ltd |
| Biozone Labs |
| Blandi Products |
| Blue Space Brands |
| Breath Appeal |
| Budpak Inc |
| CS Bioscience |
| Caleb Labs |
| Carol's Daughter |
| Cosmetic Derm |
| Cumberlans Swan |
| DL Carr |
| Dartmouth Pharmaceutical |
| Deerfield Equine |
| Dermedics Labs |
| Dr. Denese |
| Dragontree Labs |
| Eastern Marble |
| Elizabeth Arden |
| EMB Therapeutics |
| Estee Lauder |
| Eulactol USA |
| Fallene Ltd |
| Fertile Hemispher |
| Frontier Pharmaceutical |
| Go Smile Inc |
| Gurwitch Products |
| Guthy-Renker |
| Hardcap LLC |
| Hartz Mountain |
| Home Showcase |
| HTP Pharmaceutical |
| Impala Inc |
| JSJ Pharmaceutical |

Customer

Jurlique
Kendall Healthcare
Kiel Laboratories
L'Oreal
Len-ron Manufacturing
Levlad
Luzern Labs
Mar-Con Industries
Mary Kay
Natural Dentist
Natures Bounty
Neogen Corporation
Neostrata ompany
NFI Consumer Products
Nycomed US Inc
Origin Biomed Inc
Partylite Worldwide
Pedinol Pharmaceutical
Perfecta Products
Playtex Products
Profresh International
Progen Corporation
Quinnova Pharmaceutical
River's Edge Pharmaceutical
Sanofi-Aventis US
Schering-Plough
Shaklee Canada Inc
Shaklee Corporation
Sonic Packaging
Suiigle Inc
Proctor & Gamble
Tischcon
Triple Crown Foods
Twin Laboratories
US Nonwovens
Veronique Simon
Vetco Inc
Vetoquinol USA Inc
Water Mill Products
Water-Jel Tech
Yves Rocher
Zyber Pharmaceutical

# United States Bankruptcy Court
## Eastern District of New York

In re   **Corwood Laboratories, Inc.**                   Case No.

                                Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.   $  **0.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b.  [Other provisions as needed]
        **Other services billable on regular customary hourly basis.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **N/A.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 8, 2009**                **/s/ John H. Hall, Jr.**

                                           **John H. Hall, Jr.**
                                         **Pryor & Mandelup, L.L.P.**
                                         **675 Old Country Road**
                                       **Westbury, NY 11590**
                                       **516-997-0999   Fax: 516-333-7333**

## United States Bankruptcy Court
### Eastern District of New York

In re    **Corwood Laboratories, Inc.**                                          Case No.

_____
                                    Debtor(s)           Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **December 8, 2009**                          **/s/ Irwin Thaler**
_____                    _____
                                                **Irwin Thaler**/**President**
                                                Signer/Title

Date:    **December 8, 2009**                          **/s/ John H. Hall, Jr.**
_____                    _____
                                                Signature of Attorney
                                                **John H. Hall, Jr.**
                                                **Pryor & Mandelup, L.L.P.**
                                                **675 Old Country Road**
                                                **Westbury, NY 11590**
                                                **516-997-0999   Fax: 516-333-7333**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

A.W.C. (JFK) Inc.
167-10 South Conduit
Jamaica, NY 11434


ABA Packaging Co.
740 Blue Point Road
Holtsville, NY 11742


Abel Womack Inc.
164 Milbar Blvd
Farmingdale, NY 11735


Abitec Corporation
1530 S. Jackson Street
Janesville, WI 53546


ACETO Corp.
One Hollow Lane
New Hyde Park, NY 11042-1215


Active Concepts LLC
121 Ethel Road West
Piscataway, NJ 08854


Active Organics
PO Box 846300
Dallas, TX 75284-6360


Acupac Packaging
PO Box 1111
Port Jervis, NY 12771


Adelphia Container
125 Division Place
Brooklyn, NY 11222


Agilex Flavors & Fragrances
140 Centennial Ave.
Piscataway, NJ 08854


Air Products & Chemicals
Dept. CH 10256
Palatine, IL 60055-0256

Airweld, Inc.
94 Marine St.
Farmingdale, NY 11735


Ajinomoto U.S.A.
400 Kelby Street
Fort Lee, NJ 07024


Akzo Nobel Chemical
Attn: Alan Cozzi, Esq
PO Box 905361
Charlotte, NC 28290-5361


All American Hardware
678 Motor Parkway
Hauppauge, NY 11788


All Ingredients Plus
22 Arrowwood Lane
Melville, NY 11747


Alzo International
Attn: Albert Zofchak, Pres.
650 Jernee Mill Road
Sayreville, NJ 08872


AM Logistics
PO Box 2244
Riverton, NJ 08077


American Casein Co.
PO Box 827490
Philadelphia, PA 19182-7490


American Distilling
PO Box 319
East Hampton, CT 06424


American Ingredients
Attn: Andrea Bauer
265 Harrison Avenue
Hoboken, NJ 07030

Ametek Inc.
8600 Somerset Dr.
Largo, FL 33773


Andler South Corp.
102 East Parkway
Egg Harbor Township, NJ 08234


Apriori Beauty
26651 Cabot Road
Auite A
Laguna Hills, CA 92653


Aqualon Co.
1313 north Market street
Wilmington, DE 19894


Arbill Glove & Safety Prod.
PO Box 820542
Philadelphia, PA 19182-0542


Arbonne International
Attn: Greg Chambers, V.P.
9400 Jeronimo Road
Irvine, CA 92618


Arbor Industries
101 Dominion Blvd.
Ronkonkoma, NY 11779


Arbor Organics, LLC
107 technology Drive
Lincolnton, NC 28092


Arch Personal Care
(Brooks Ind.)
70 Tyler Place
South Plainfield, NJ 07080


Arjay Co.
1030 Grand Blvd.
Deer Park, NY 11729

Arkema Inc.
2000 Market Street
Philadelphia, PA 19103


Artube
(Iridium Industries Inc. )
1 Forge Road
East Stroudsburg, PA 18301


Arylessence
1091 Lake Drive
Marietta, GA 30066-1073


Ashland Distribution Co.
5200 Paul. Blazer Place
Dublin, OH 43017


Aspen Publishers
Attn: Accts. Receivable
4829 Innovation Way
Chicago, IL 60682-0048


Atlantic Gelatin
Hill Street
Woburn, MA 01801


Atlantic Specialty
PO Box 94619
Cleveland, OH 44101-4619


Atley Pharmaceutical
10511 Old Ridge Road
Ashland, VA 23005


Auto-Mate Technologies LLC
Attn: Ken Herzog
34 Hinda Blvd.
Riverhead, NY 11901


B&C Industries
55 Onderdonk Ave.
Ridgewood, NY 11385

Barnet Products
140 Sylvan Avenue
Englewood Cliffs, NJ 07632


BASF (Englehard) Corp.
1057 Lower South Street
Peekskill, NY 10566


BASF Corporation
Attn: Denise Watson, Credit Analyst
100 Campus Drive
Florham Park, NJ 07932


Battlechem
PO Box 73218
San Clemente, CA 92673


BD Briggs
31 Richboynton Road
Dover, NJ 07801


Beardslee Transmission Equipment
680 Old Willets Path
Hauppauge, NY 11788


Bell Container Co.
615 Ferry Street
Newark, NJ 07105


Bell Flavors & Fragrance
500 Academy Drive
Northbrook, IL 60062


Bentley Laboratories LLC
111 Fieldcrest Ave.
Edison, NJ 08337


Berje Inc.
5 Lawrence St.
Bloomfield, NJ 07003


Best-Temp Mechanical
1755 Julia Goldbach
Ronkonkoma, NY 11779

Bestech GMP Contracting
29 Bruce Lane North
Kings Park, NY 11754


Beyer Graphics
30 Austin Blvd.
Commack, NY 11725


Biosil Technologies Inc.
Attn: Celeste
80 Commerce Dr.
Allendale, NJ 07401


Brentag Northeast Inc.
81 West Huller lane
Reading, PA 19605


Brentag Specialties Inc.
Mineral & Pigments
100 Coolidge St.
South Plainfield, NJ 07080-1000


Brian Carroll, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210


Brookfield Engineering Labs
240 Cushing St.
Stoughton, MA 02072


Cablevision
1111 Stewart Avenue
Bethpage, NY 11714


Callahan Chemical
200 Industrial Ave.
Bridgewater, NJ 08807


Career Builder.com
200 N. LaSalle St., Ste. 1100
Chicago, IL 60601

Caribbean Natural Products
26 Commerce Road
Fairfield, NJ 07004


Carisle International
1461 Monterey Drive
Glenview, IL 60026


Carl Matzen
c/o Outten & Golden, LLP
Attn:  Jack Raisner, Esq.
3 Park Ave., 29th Floor
New York, NY 10016


Carol's Daughter Holdings LLC
282 Van Buren Street
Brooklyn, NY 11221


Carow International Inc.
7810 Virginia Road
Crystal Lake, IL 60014


Carrubba
70 Research Drive
Milford, CT 06460


Centerchem Inc.
20 Glover Avenue
Norwalk, CT 06851


Charkit Chemical
PO Box 90
Norwalk, CT 06854


Charles B. Chyrstal Co.
Attn: Peter D. Schnur
30 Vesey Street
New York, NY 10007


Chase Equipment Finance
1111 Polaris Parkway
Suite A3
Columbus, OH 43240

Chattam Tech
3708 St. Elmo Ave.
Chattanooga, TN 37409


Chempoint
411 108th Avenue NE
Bellevue, WA 98004


CJ Pest Control
47 Wyandanch Blvd
Smithtown, NY 11787


Coface Collections, N. A.
Attn: Edith Roy
for SEPPIC Inc.
PO Box 8471
Metairie, LA 70011


Colonial Chemical
225 Colonial Drive
South Pittsburg, TN 37380


Compax
389 S. Orange St.
PO Box 27287
Salt Lake City, UT 84127


Con-Way Freight
PO Box 5160
Portland, OR 97208-5160


Consolidated Plastics Co.
8181 Darrow Road
Twinsburg, OH 44087


Continental Aromatics
1 thomas Road South
Hawthorne, NJ 07506


Corwood Labs Pension Plan
55 Arkay Drive
Hauppauge, NY 11788

Cosmetic Dermatology Inc.
c/o Rosenthal Rosenthal et al
One Aventura
20900 N.E. 30th Ave., Ste. 600
Miami, FL 33180

Cosmo Intn'l Fragrances
Attn: Accounts Receivable
601 Fairway Drive
Deerfield Beach, FL 33441

Coyne Chemical
Attn: Donna
125 Witman Road
Reading, PA 19605

Croda Inc.
300-A Columbus Circle
Edison, NJ 08837-3907

CT Networks
125 Wireless Blvd.
Hauppauge, NY 11788

Custom Essence
53 Veronica Avenue
Somerset, NJ 08873

D D Chemco Inc.
Attn: K. Lubin, Controller
21717 Nordhoff St.
Chatsworth, CA 91311

D'Arcy Laboratories
2015 Southwest Second St.
Pompano Beach, FL 33069

Delbia Do Company
2550 Park Avenue
Bronx, NY 10451

Desert Whale Jojoba
PO Box 41594
Tucson, AZ 85717-1594

Dewolf Chemical
400 Massasoit Ave.
East Providence, RI 02914


DH Litter, Inc.
116 East 16th Street
New York, NY 10003


Diamond Ink & Toner
21 Westwood Lane
Kings Park, NY 11754


Dickson Co.
930 S. Westwood Ave.
Addison, IL 60101


Domaine D'Argeville
BP402-06254
Mougins Cedex
FRANCE


Dragontree Labs
205 12th St. North
Brigantine, NJ 08203


DSM Nutritional Products
45 Waterview Blvd.
Parsippany, NJ 07054


Earth Supplied Products
1092 Business Lane
Naples, FL 34110


Eastern Marble & Granite
2353 Beryllium Road
Scotch Plains, NJ 07076


Echo Global Logistics
22168 Network Place
Chicago, IL 60673


Electric Battery Corp.
Attn: Paul Wienowski
178-15 11th Road
Jamaica, NY 11434

Elias Fragrances, Inc.
Attn: Robert Elias
999 East 46th St.
Brooklyn, NY 11203-6595


EMD Chemicals
480 S. Democrat Rd.
Gibbstown, NJ 08027


Empire State Development
633 Third Avenue
New York, NY 10017-6754


Essential Ingredients
2408 Tech Center
Lawrenceville, GA 30043


Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612


Ettleman & Hochheiser
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, NY 11530


Excelsior Security
4250 Veteran Memorial Hwy
Holbrook, NY 11741


Expac Corporation
2 University Plaza
Hackensack, NJ 07601


Farrell Fritz P.C.
Attn: Ted Berkowitz, Esq.
1320 RXR Plaza
Uniondale, NY 11556


Federal Express
PO Box 371461
Pittsburgh, PA 15250

Fisher Scientific
3970 Johns Creek Court
Suwanee, GA 30024


Fleurin Fragrances
PO Box 11106
Greenwich, CT 06831-1106


FMC Biopolymer
1735 Market Street
Pittsburgh, PA 15250-6153


Fox & Affiliates
Attn: Raysa Fox, Esq.
for Ungerer & Co.
662 Goffe Road
Hawthorne, NJ 07506


Frutarom Inc.
9500 Railroad Avenue
North Bergen, NJ 07047-1422


Gattefosse Corp.
AttnL: Theesa Frasche
1650 From Road
Paramus, NJ 07652


GE Analytical Instruments
Attn: Kim Snider, Controller
6060 Spine Road
Boulder, CO 80301


GE Capital
PO Box 640387
Pittsburgh, PA 15264-0387


GE Capital
PO Box 642111
Pittsburgh, PA 15264-2111


GE Capital Public Finance
Attn: VP Risk Management
8400 Normandale Lake Blvd.
Suite 470
Minneapolis, MN 55437

General Electric Capital
Attn: Dale Shores
3 Capital Drive
Mail Station 1-3671
Eden Prairie, MN 55344


General Electric Capital Corp.
Attn: Debbie Vossbrinck
44 Old Ridgebury Road
Danbury, CT 06810-5105


Giordano Halleran & Ciesla
Attn: Gerald Lally, Esq.
PO Box 190
Middletown, NJ 07748


Givaudan Fragrance
1775 Windsor Road
Teaneck, NJ 07666


Global Industrial Equip.
22 Harbor Park Dr.
Port Washington, NY 11050


GoSmile Inc.
110 East 42nd Street
Suite 1100
New York, NY 10017


Grainger, Inc.
199 Orville Drive
Bohemia, NY 11716


Grant Industries
125 Main Avenue
Elmwood Park, NJ 07407


Guthy-Renker, LLC
by One Beacon Insurance
41-550 Eclectic St.
Suite 200
Palm Desert, CA 92260


Hach Ultra Analytical
481 California Ave.
Grants Pass, OR 97526

Haley Trucking Corp.
515 Gardner Ave.
Brooklyn, NY 11222


Hamburger, Maxson, et al.
for REP A8 LLC
Attn: Lane T. Maxson, Esq.
225 Broadhollow Rd., Ste. 301E
Melville, NY 11747


Hardcap LLC
754 Fifth Avenue
New York, NY 10019


Hatmaker & Assoc.
Attn: Robert Eskin
1156 South Highway US 1
for Grant Industries
Vero Beach, FL 32962


Herrick Feinstein LLp
Attn: John Oleske, Esq.
2 Park Avenue
New York, NY 10016


HiLo Yale Industries
345 Oser Avenue
Hauppauge, NY 11788


HSBC Bank
Commercial Loan Svcs.
Suite 0002
Buffalo, NY 14270-0002


ICMAD
1220 West Northwest
Palatine, IL 60067-1803


Ideate LLC
Attn:  Suk Cho
2610 W. Charlotte Drive
Idaho Falls, ID 83402


IKEDA Corp.
4410 Austin Blvd.
Island Park, NY 11558

Impress Communications
9320 Lurline Avenue
Chatsworth, CA 91311


Independant Chemical Corp.
79-51 Cooper Avenue
Glendale, NY 11385-7592


Infintec USA Inc.
12 Shinnecock Road
East Quogue, NY 11942


Infor Global Solutions
PO Box 933774
Atlanta, GA 31193-3774


Inkjet Inc.
11111 Inkjet Way
Willis, TX 77378


Inner Pak
116 West Avenue
Patchogue, NY 11772


Innovative Mailing & Shipping Sytems
415 Oser Avenue, Ste. K
Hauppauge, NY


Intarome Fragrance
370 Chestnut Street
Norwood, NJ 07648


Integrity Ingredients
PO Box 5040
Playa Del Rey, CA 90296


International Sourcing
779 Susquehanna Ave.
Franklin Lakes, NJ 07417


Intrapac
20 Ashton Avenue
Swedesboro, NJ 08085

Ira Newman, DDS
1044 Northern Blvd.
Roslyn, NY 11576


Irwin Thaler
93 Buttonwood Drive
Dix Hills, NY 11746


ISP Technologies
Attn: Tom Conforti
1361 Alps Road, Bldg 8-3
Wayne, NJ 07470


Ivars Berzins, P.C.
484 West Main Street
Babylon, NY 11702


Jackson Lewis LLP
One North Broadway
White Plains, NY 10601


Jane Numeroff Eisenpresser
c/o Joseph M. Lichtenstein, PC
170 Old Country Rd., Ste. 301
Mineola, NY 11501


Javic LLC
c/o Herrick Feinstein LLP
Attn: John Oleske
2 Park Avenue
New York, NY 10016


Jeen International
24 Madison Road
Fairfield, NJ 07004


Jet Uniform Rental
PO Box 417
Huntington Station, NY 11746


Joe Tempone
570 N. 7th Street
New Hyde Park, NY 11040

JP Morgan Chase
c/o Farrell Fritz, P.C.
Attn: Ted Berkowitz, Esq.
1320 RXR Plaza
Uniondale, NY 11556


Kaps-All Packaging
Attn: Ken Herzog
200 Mill Road
Smithtown, NY 11787


Kenneth Dow
1886 Wisteria Circle
Bellport, NY 11713


Key Equipment Finance
11030 Circle Point Rd., 2nd Floor
Broomfield, CO 80020


Kinetik Technology
8 Crown Plaza
Hazlet, NJ 07730


King & Spalding
PO Box 116133
Atlanta, GA 30368-6133


Kleen Test Products
1611 Sunset Road
Port Washington, WI 53074


KOBO Products
607 Montrose Avenue
South Plainfield, NJ 07080


Koster Keunen Inc.
1021 Echo Lake Road
Watertown, CT 06795-0069


Kronos Inc.
297 Billerica Road
Chelmsford, MA 01824

Kroy Direct
3830 Kelley Avenue
Cleveland, OH 44114


Kuehne & Nagel
10 Exchange Place
Jersey City, NJ 07302


L & L Graphics
1568-3 Ocean Avenue
Bohemia, NY 11716


L & L Industries
419 Main Street
Huntington Beach, CA 92648


L'Onvie Inc.
Attn: Tian Wang
49 Wireless Blvd.
Hauppauge, NY 11788


Lab Safety Supply
PO Box 1368
Janesville, WI 53547-1368


Lawyers Recovery Service
for Pride Solvents & Chemicals
4940 Merrick Road, Suite 311
Massapequa Park, NY 11762


LDJ Associates
22 Roxbury Ave.
Plainview, NY 11803


Lee Hanson Sprinkler Systems
68 Vanderwater Street
Farmingdale, NY 11735


LIPO Chemicals Inc.
PO Box 35202
Newark, NJ 07193-5202


Lipoid LLC
744 Broad Street
Newark, NJ 07102

LLT Products
PO Box 4103
South Bend, IN 46634


Local 300 S Production Service Sales
District Council
Jim Robinson - Business Agent
9201 4th Ave.
Brooklyn, NY 11209


Local 815-S
PSSDC
9201 4th Ave.
Brooklyn, NY 11209


Loren Mondello
c/o East End Labs
18 Winthrop Court
Blue Point, NY 11715


Lori Thaler
270 West End Ave.
5-S
New York, NY 10023


Lori Thaler Cohen
270 West End Ave.
5- S
New York, NY 10023


Lori-Lynn Realty LLC
55 Arkay Drive
Hauppauge, NY 11788


Loricon Testing Svcs.
55 Highway 36
Keyport, NJ 07735


Lubrizol Advanced Materials
9911 Brecksville Rd.
Brecksville, OH 44141


Luxuriant LLC
133 East Alton Ave.
Santa Ana, CA 92707

M.M.P. Inc.
Attn: Victor Watson
3470 South Clinton
South Plainfield, NJ 07080


Mach 1, Inc.
340 East Church St.
King Of Prussia, PA 19406


Madcar Co.
135 Raynor Avenue
Ronkonkoma, NY 11779


MAJ Enterprises
200 South Service Rd.
Roslyn Heights, NY 11577


Margolin, Winer & Evens LLP
400 Garden City Plaza
Garden City, NY 11530


Marilyn Miglin Inc.
1230 West Washington Blvd.
Suite 100
Chicago, IL 60607


Markson Lab Sales
661 Route 23S
Wayne, NJ 07470


MasterTaste
160 Terminal Avenue
Clark, NJ 07066


Mayfair Limousine Svc.
341 Larkfield Rd.
East Northport, NY 11731


McMaster-Carr
Monmouth Junction Road
Dayton, NJ 08810

Meridian Graphics
Attn: Craig Miller, Controller
2652 Dow Ave.
Tustin, CA 92780


Michael E. McCarthy, Esq.
180 Oser Avenue
Suite 800
for Bestech
Hauppauge, NY 11788


Micro Quality Lab
3200 North San Fernando Blvd.
Burbank, CA 91504


Mid-Island Electrical
PO Box 9027
59 Mall Drive
Commack, NY 11725-9027


Milt Cohen
c/o Pensels Ltd.
177 Continental Ave.
East Northport, NY 11731


Momentive Performance
PO Box 640959
Pittsburgh, PA 15264-0959


Monson Co.
154 Pioneer Drive
Leominster, MA 01453


Montebello Packaging
PO Box 503293
Saint Louis, MO 63150


MPI Label Systems
PO Box 567
Danielson, CT 06239


NALCO Company
1 Nalco Center
Naperville, IL 60563

National City Bank of Minneapolis
Attn: Linda M. Fifield
651 Nicollet Mall
Minneapolis, MN 55402


Natural Dentist
140 Sylvan Ave.
Englewood Cliffs, NJ 07632


Naturex Inc.
375 Huyler Street
South Hackensack, NJ 07606


New Century Transportation
Attn: Sharon
145 Bradford Drive
West Berlin, NJ 08091


New Penn  Motor Express
Attn: Debra A. Perlaki
PO Box 630
625 S. Fifth Avenue
Lebanon, PA 17042


New York State Urban Development
633 Third Avenue
New York, NY 10017-8167


Next Step Laboratories
Attn: Richard Riggs
130-13 91st Avenue
Richmond Hill, NY 11418


Nexus Plastics
1 Loretto Ave.
Hawthorne, NJ 07506


Northside Primary Medical Care
3001 Expressway
Suite 200C
Islandia, NY 11749

NYS Dept of Labor
State Campus Building 12
Room 425
Attn: Bruce Herman
Albany, NY 12240


Oaklee
125 Raynor Ave.
Ronkonkoma, NY 11779


Old Dominion Freight
PO Box 415202
Boston, MA 02241


One Beacon America Insurance
Attn: Erin Verde, Claims
1000 Woodbury Road
Woodbury, NY 11797


Orchidia/Flavorchem
1525 Brook Drive
Downers Grove, IL 60515


Orient Stars LLC
530 Patrice Place
Gardena, CA 90248


Overnight Labels
151-15 West Industry Court
Deer Park, NY 11729


Pallets-R-Us
555 Woodside Ave.
Bellport, NY 11713


Patti Shepard
522 Sperry Blvd.
New Hyde Park, NY 11040


Penta International
PO Box 1448
Caldwell, NJ 07007

Perillo Bros. Fuel
9 Murray Street
Farmingdale, NY 11735


Perkin Elmer Las
710 Bridgeport Ave.
Shelton, CT 06484


Phenomenex Inc.
411 Madrid Avenue
Torrance, CA 90501-1430


Phoenix Chemical Inc.
60 Fourth Street
Somerville, NJ 08876


Phoenix Life Insurance
PO Box 643070
Pittsburgh, PA 15264-3070


Plastic Bottle Corp.
28055 North Ashley Circle
Suite 110
Libertyville, IL 60048-9635


Polarome International Corp.
200 Theodore Conrad Dr.
Jersey City, NJ 07305


Precision IBC Inc.
PO Box 1171
Fairhope, AL 36533


Premier Brands of America
31 South Street
Suite 2 - S
Mount Vernon, NY 10550


Premier Facility Management
189 Berdan Ave.
PMB 152
Wayne, NJ 07470

Premier Malt Products
25760 Groesbeck Highway
Suite 103
Warren, MI 48089


Premier Specialties, Inc.
236 Blackford Ave
Middlesex, NJ 08846


President Container, Inc.
200 West Commercial Ave.
Moonachie, NJ 07074


Presperse LLC
Attn: Kenneth Alston
635 Pierce St.
Somerset, NJ 08873


Presperse, Inc.
PO Box 827819
Philadelphia, PA 19182


Pretium
3300 Trans-Canadienne
Pointe Claire
Quebec, H9R, 1B1
Canada


Pride Solvents & Chemical
6 Long Island Avenue
Holtsville, NY 11742


Procell Polymers, LLC
100 Edgebrook Circle
Lafayette, LA 70508


Prod. Svc./Sales Health Fund Local 815S
c/o Pitta & Giblin LLP
Attn: Michael J. D'Angelo Esq.
120 Broadway, 28th Floor
New York, NY 10271


Protameen Chemicals
375 Minnisink Rd.
Totowa, NJ 07511

Pure Inventions, LLC
64 B Grant Place
Little Silver, NJ 07739


R. Scott LaFazia, P.C.
120 South Elliot Place
Suite 3
for President Container Group
Brooklyn, NY 11217


R.I.T.A. Corporation
PO Box 457
Crystal Lake, IL 60039-0457


R.T. Vanderbilt Corp.
30 Winfield St.
Norwalk, CT 06856


Ranger Management
PO Box 618
Great Falls, VA 22066


Relin Goldstein & Crane
28 East Main St.
Suite 1800
Carle Place, NY 11514-1918


Renu Labs
c/o Semisch & Semisch
Attn: Mark R. Semisch, Esq.
408 N. Easton Rd., PO Box 306
Willow Grove, PA 19090-0306


REP A8 LLC
c/o Hamberger, Maxon, et al.
Attn:  Lane Maxon, Esq.
225 Broadhollow Ste. 301 E
Melville, NY 11747


Ricoh Americas Corp.
5 Dedrick Place
Caldwell, NJ 07006

Rist Transport dba Howard's Exp.
Attn: Beth Jones
369 Bostwick Rd.
Phelps, NY 14532-9309


Robert et Fragrances
125 Bauer Drive
Oakland, NJ 07436


Robert Falk Printing
34629 Breakers Street
Pot Nets bayside
Millsboro, DE 19966


Romaco Inc.
6 Frassetto Way
Lincoln Park, NJ 07035


Ronco Paper Products
400 Oser Avenue
Hauppauge, NY 11788


Roquette America Inc.
One Progress Street
Keokuk, IA 52632-0647


Rosenthal Rosenthal, et al.
Attn: Kevin S. Grossfeld, Esq.
20900 N.E. 30th Ave.
Suite 600
Miami, FL 33180


Ruger Chemical Co. Inc.
83 Cordier Street
Irvington, NJ 07111


Schulke Inc.
200 Valley Road
Mount Arlington, NJ 07856


Sederma Inc.
300-A Columbus Circle
Edison, NJ 08837-3907

Sensient Cosmetics
107 Wade Ave.
South Plainfield, NJ 07080


SEPPIC Inc.
30 Two Bridges Road
Suite 210
Fairfield, NJ 07004


Shin-Etsu Silicone
1150 Damar Drive
Akron, OH 44305


Siemens Water Technologies
20 Murray Hill Pa.
East Rutherford, NJ 07073


Sigma Aldrich Inc.
PO Box 535182
Atlanta, GA 30353


Sigma Temps Inc.
535 Broadhollow Road
Melville, NY 11747


Silab, Inc.
First American Bank
PO Box 92170
Elk Grove Village, IL 60009


Silliker, Inc. Northeast Labor
6390 Hedgewood Dr.
Allentown, PA 18106


Spectrum Chemical Mfg.
14422 S. San Pedro Street
Gardena, CA 90248


Sterling Commerce Network Svcs
PO Box 73199
Chicago, IL 60673


Sterling Sanitary Supply
2090 Route 110
Farmingdale, NY 11735

Strahl & Pitsch, Inc.
PO Box 1098
West Babylon, NY 11704


Stratus Technology
50 Capital Drive
Wallingford, CT 06492


Stryka Botanics
Attn: Bryan McNally, Pres.
PO Box 35408
Newark, NJ 07193


Suffolk Cnty Industrial Dev. Agncy.
Bruce E. Ferguson, Adm. Director
H Lee Dennison Bldg., 2nd Floor
100 Veterans Memorial Hwy.
Hauppauge, NY 11788


Suffolk County Sewer District
335 Yaphank Avenue
Yaphank, NY 11980


Surfactants, Inc.
250 Lackland Drive
Middlesex, NJ 08846


Susan E. Ciminelli Prod.
754 5th Avenue
9th Floor
New York, NY 10019


Symrise, Inc.
300 North Street
Teterboro, NJ 07608


TAOS, Inc.
Attn: Dan Miletic, CFO
300 Lackawana Ave.
Suite 8
Little Falls, NJ 07424


Tech Pak
3 Ethel Blvd.
Wood Ridge, NJ 07075

Texas Organics
1887 Geeslling Road
Denton, TX 76208


The Fanning Group
2450 W. Hubbard St.
Chicago, IL 60612


The Lebermuth Co. Inc.
114 N. Center Street
IN 46505


The M.F. Cachat
1391 W. 10th Street
Cleveland, OH 44102


The Natural Dentist
196 Boston Avenue
Suite 3100
Medford, MA 02155


The Print Market Inc.
66 East Jefryn Blvd
Deer Park, NY 11729


Thermo Fischer Scientific
501 90th Avenue N.
Minneapolis, MN 55433


Thor Specialties
56 Quarry Road
Trumbull, CT 06611


Thoro Packaging
1467 Davril Circle
Corona, CA 92880-6957


Towa Inc.
1455 Wanhangdhu Road
Shanghai
China 200042

Tri-K Industries
Attn: Lorin Carcich
151 Veterans Drive
PO Box 128
Northvale, NJ 07647

Troll Advisory Group
5715 Old Buggy Court
Columbia, MD 21045

Tropica Florist
440 Wheeler Road
Hauppauge, NY 11788

Twyla Peter
for Hach Ultra Analytical
5600 Lindbergh Dr.
Loveland, CO 80538

U.S. Coffee
51 Alpha Plaza
Hicksville, NY 11801

UBS Printing Group
2577 Research Drive
Corona, CA 92882

Uline
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

Ungerer Co.
Attn: Peter Labruna, Controller
4 Bridgewater Lane
Lincoln Park, NJ 07035

United Cesspool Svcs.
1485 Montauk Highway
Oakdale, NY 11769

United Computer Systems
2110 Smithtown Avenue
Ronkonkoma, NY 11779

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170


United States Pharmacopeial
12601 Twinbrook Place
Rockville, MD 20852


United Wholesale Distributors
Attn: H.E. Pena, Pres.
45 Feldland St.
Bohemia, NY 11716


Univar USA Inc.
PO Box 7777-W9090
Philadelphia, PA 19175


Universal Preserv-A-Chem
Attn: Michael Ravitz, V.P.
60 Joffy Road
Somerset, NJ 08873


US Cosmetics Corp.
PO Box 859
Dayville, CT 06241


Vege-Tech
412 West Cypress
Glendale, CA 91204


Verizon
c/o Bankruptcy Group
3900 Washington Street
Floor 1
Wilmington, DE 19802


Vevy United Wholesale
45 Feldland Street
Bohemia, NY 11716


Videojet Technologies Inc.
5900 Mittel Blvd.
Wood Dale, IL 60191-1073

Village Office Supply
Attn: Judy Lanza
600 Apgar Drive
Bridgewater, NJ 08807


Village Office Supply Inc.
d/b/a Village Office Supply
75 Marine Street
Farmingdale, NY 11735


Vormittag Associates, Inc.
120 Comac Street
Ronkonkoma, NY 11779


VWR International
PO Box 2078
West Chester, PA 19380


W.B. Mason, Inc.
PO Box 111
Brockton, MA 02303


Walsh Messenger Svc.
4 Third Street
New Hyde Park, NY 11040


Waters Corporation
Attn: Chad Santoro
34 Maples St., Mainstop SA
Milford, MA 01757


Watson Industries, Inc.
106 Exchange Place
Pomona, CA 91768


Weinstein Kaplan & Cohen
Attn: Robert Cohen
1325 Franklin Ave., Ste 210
for Sigma Temps
Garden City, NY 11530


Whipsmart
83 East Main Street
Patchogue, NY 11772

Whitney & Richardson
Attn: Jim Mitchell, Esq.
for Plastic Bottle Corp.
5400 Mounes Street, # 202
New Orleans, LA 70123


Wings Worldwide LLC
210 Sumit Ave.
Montvale, NJ 07645


Woodstock Natural Products
c/o Robert Silverman
384 Pleasant Hill Dr.
New City, NY 10956


Wrap-n-Pack
Attn: Michael Sufritello
21 Executive Rd.
Farmingdale, NY 11735


Young Hoffman
Attn: John L. Young, Esq.
170 S. Main St., Ste. 1125
Salt Lake City, UT 84101-1639


Young Hoffman, LLC
Attn: John Young, Esq.
170 South ain Street
Suite 1125
Salt Lake City, UT 84101-1639


YRC (RDWY)
1077 George Road
Akron, OH 44310-2482


Zee Medical Inc.
PO Box 781433
Indianapolis, IN 46278-8433

# United States Bankruptcy Court
## Eastern District of New York

In re   **Corwood Laboratories, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Corwood Laboratories, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 8, 2009** _____

Date

**/s/ John H. Hall, Jr.** _____

**John H. Hall, Jr.**

Signature of Attorney or Litigant

Counsel for   **Corwood Laboratories, Inc.** _____

**Pryor & Mandelup, L.L.P.**
**675 Old Country Road**
**Westbury, NY 11590**
**516-997-0999 Fax:516-333-7333**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  **Corwood Laboratories, Inc.** _____  **CASE NO.:** _____

  Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

           (OVER)

DISCLOSURE OF RELATED CASES (cont'd)

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.


**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): ____**Y**____


CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


**/s/ John H. Hall, Jr.**
_____
**John H. Hall, Jr.**
Signature of Debtor's Attorney
**Pryor & Mandelup, L.L.P.**
**675 Old Country Road**
**Westbury, NY 11590**
**516-997-0999 Fax:516-333-7333**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.